UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANA HAMILTON, | : |
| | : |
| | : |
| | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   Civil Action No. 07-0550 (EGS) |
| | : |
| | : |
| District of Columbia, | : |
| | : |
| Defendant. | : |
| | : |

## DEFENDANT'S ANSWER TO COMPLAINT

Defendant, by counsel, hereby answers Plaintiff's Complaint as follows
(paragraph numbers below correspond to the paragraph numbers in the Complaint):

1.    Defendant admits the allegation in the first sentence of paragraph 1.  The
remaining allegations in paragraph 1 are the pleader's characterizations, to which no
response is required.  If a response is required, then the same are denied.

2.    Defendant admits the allegations in paragraph 2.

3.    Defendant admits the allegation in the first sentence of paragraph 3.  The
remaining allegations in paragraph 3 are the pleader's characterizations of a record
document which speaks for itself, to which no response is required.  If a response is
required, then the same are denied.

4.    Defendant lacks knowledge and information sufficient to answer the
allegations in paragraph 4 at this time.

5.    Defendant admits the allegations in paragraph 5.

6.      Defendant admits the allegations in paragraph 6.

7.      Defendant admits the allegations in paragraph 7.

8.      Defendant denies the allegations in paragraph 8.

9.      The allegations in paragraph 9 are the pleader's characterizations of a record document which speaks for itself, to which no response is required.  If a response is required, then the same are denied.

10.      Defendant admits the allegations in paragraph 10.

11.      Defendant lacks knowledge and information sufficient to answer the allegations in paragraph 11 at this time.

12.      The allegations in paragraph 12 are the pleader's characterizations of record documents which speak for themselves, to which no response is required.  If a response is required, then the same are denied.

13.      The allegations in paragraph 13 are the pleader's conclusions, to which no response is required.  If a response is required, then the same are denied.

14.      Defendant denies the allegations in paragraph 14.

15.      The allegations in paragraph 15 are the pleader's characterizations of record documents which speak for themselves, to which no response is required.  If a response is required, then the same are denied.

16.      Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 16 at this time.

17.      The allegations in paragraph 17 are the pleader's characterizations of record documents which speak for themselves, to which no response is required.  If a response is required, then the same are denied.

18.     Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 18 at this time.

19.      Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 19 at this time.

20.     Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 20 at this time.

21.     Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 21 at this time.

22.     Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 22 at this time.

23.     Defendant admits that Plaintiff filed an administrative hearing complaint. The remaining allegations in paragraph 23 are the pleader's characterizations of record documents which speak for themselves, to which no response is required.  If a response is required, then the same are denied.

24.     Defendant admits the allegations in paragraph 24.

25.      Defendant admits the allegations in paragraph 25.

26.     Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 26 at this time.

27.     Defendant admits the allegations in paragraph 27.

28.     Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 28 at this time.

29.     Defendant admits the allegations in paragraph 29.

30.     Defendant admits the allegations in paragraph 30.

31.    The allegations in paragraph 31 are the pleader's conclusions to which no response is required.  If a response is required, then the same are denied.

32.    The allegations in paragraph 32 are the pleader's conclusions to which no response is required.  If a response is required, then the same are denied.

## COUNT I

33.    The allegations in paragraph 33 are the pleader's conclusions of law, to which no response is required.  If a response is required, then the same are denied.

34.    The allegations in paragraph 34 are the pleader's conclusions of law to which no response is required.  If a response is required, then the same are denied.

35.    The allegations in paragraph 35 are the pleader's conclusions, to which no response is required.  If a response is required, then the same are denied.

## PRAYER FOR RELIEF

The Defendants state that paragraphs 1 through 6 on page 5 and 6 of the Complaint constitute Plaintiffs' prayers for relief and legal conclusions of and by the pleader to which no response is required.

**BY WAY OF FURTHER ANSWER**, the Defendants deny all allegations of wrongdoing not otherwise responded to or admitted.

## FIRST AFFIRMATIVE DEFENSE

The Hearing Officer's Decision is supported by substantial evidence in the administrative record and should be affirmed.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

4

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


**_/s/ Edward P. Taptich_**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II


**_/s/ Amy Caspari_**
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794
amy.caspari@dc.gov

April 25, 2007