**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

———————————————————————

| | |
|---|---|
| **YANA HAMILTON,** ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 07-550** |
| **v.** ) | **EGS** |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| **Defendant.** ) | |

———————————————————————

## REPORT OF PARTIES UNDER LOCAL RULE 16.3

**Joint Statement of the Case and its Bases**

This is a case brought under the Individuals with Disabilities Education Act

("IDEA"), 20 U.S.C. §§ 1400 *et seq*, following an administrative decision granting partial

relief. On behalf of her minor son, the Plaintiff seeks a private school placement and an

IEP meeting to revise the IEP and to determine compensatory education.

**Parties' Proposed Schedule**

The Parties have conferred regarding scheduling, and state as follows:

1.      The Parties expect the case to be resolved by dispositive motion.

2.      The Parties have discussed the issues in the case, and do not expect to narrow the

issues any further.

3.      The Parties do not wish the case to be referred to a magistrate judge.

4.      The Parties do not believe that settlement will be possible.

5.      The Parties do not think that this case would benefit from ADR.

6.      The Parties have been unable to agree on a proposed schedule.

The Plaintiff proposes that, prior to filing of the record and full summary

judgment motions based thereon, the Parties brief, and the Court then decide, the

1

Plaintiff's motion for summary judgment based on the hearing officer's denial of a default at the administrative level. More specifically, the Plaintiff proposes the following schedule:

- June 22, 2007 – Plaintiff's Motion for Summary Judgment based on default due;

- July 9, 2007 – Defendant's Opposition due;

- July 23, 2007 – Plaintiff's Reply due;

- July 23, 2007 – Defendant's filing of administrative record due;

- scheduling of further motions, if necessary, to be determined after resolution of Plaintiff's Motion for Summary Judgment.

The defendant believes that all issues in this case should be briefed simultaneously in a single summary judgment motion.  Therefore, the Defendant proposes the following motions schedule:

- June 22, 2007 - Defendant's filing of administrative record;

- July 11, 2007- Plaintiff's Motion for Summary Judgment due;

- July 27, 2007- Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment due;

- August 3, 2007- Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply to Defendant's Opposition due;

- August 10, 2007- Defendant's Reply to Plaintiff's Opposition due.

7.    The Parties stipulate to dispense with the requirements of Rule 26(a)(1).

8.    The Parties do not currently believe that discovery or experts will be necessary.

9.    The Parties do not recommend bifurcation.

10.     The Parties propose that all other scheduling be decided if necessary following the

resolution of the motions for summary judgment.


                                        Respectfully submitted,



                                        /s/_____
                                        Douglas Tyrka, #467500
                                        Tyrka & Associates, LLC
                                        1726 Connecticut Ave. NW, Suite 400
                                        Washington, DC  20009
                                        (ph) (202) 265-4260
                                        (f) (202) 265-4264


                                        /s/_____
                                        Amy Caspari
                                        Assistant Attorney General
                                        for the District of Columbia
                                        Civil Division, Equity II
                                        441 4th St., N.W., 6th Fl. S
                                        Washington, D.C. 20001
                                        202-724-7794 phone
                                        202-727-6014 fax

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
**YANA HAMILTON,**                            )
              **Plaintiff,**                  )
                                              )         **Civil Action No. 07-550**
**v.**                                        )         **EGS**
                                              )
**DISTRICT OF COLUMBIA,**                     )
              **Defendant.**                  )
_____)

## <u>ORDER</u>

       This matter, having come before the Court for an initial scheduling conference and having considered the requests of the Parties, this Court issues the following scheduling order.  It is hereby

       ORDERED that the Parties shall comply with the following directives:

- June 22, 2007 – Plaintiff's Motion for Summary Judgment based on default due;

- July 9, 2007 – Defendant's Opposition due;

- July 23, 2007 – Plaintiff's Reply due;

- July 23, 2007 – Defendant's filing of administrative record due;

- scheduling of further motions, if necessary, to be determined after resolution of Plaintiff's Motion for Summary Judgment.

1)     On or before June 22, 2007, the Plaintiff shall file her Motion for Summary Judgment based the denial of a default judgment at the administrative hearing;

2)     On or before July 9, 2007, the Defendant shall file its Opposition to Plaintiff's Motion for Summary Judgment;

3)     On or before July 23, 2007, the Plaintiff shall file her Reply to Defendant's Opposition;

4)      On or before July 23, 2007, the Defendant shall file the administrative record.

It is further ORDERED that this matter is exempt from the requirements of FRCP

26(a)(1).

SO ORDERED.

_____
Judge Emmet G. Sullivan
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    :
YANA HAMILTON                                       :
                                                    :
                                                    :
        Plaintiff,                                  :
                                                    :
             v.                                     :   Civil Action No. 07-0550 (EGS)
                                                    :
DISTRICT OF COLUMBIA,                               :
                                                    :
        Defendant.                                  :
_____:

## **ORDER**

This Court, having considered the requests of the Parties, issues the

following Order.  It is hereby

ORDERED that the Parties shall comply with the following directives:

1) June 22, 2007 - Defendant's filing of administrative record;

2) July 11, 2007- Plaintiff's Motion for Summary Judgment due;

3) July 27, 2007- Defendant's Motion for Summary Judgment and

Opposition to Plaintiff's Motion for Summary Judgment due;

4) August 3, 2007- Plaintiff's Opposition to Defendant's Motion for

Summary Judgment and Reply to Defendant's Opposition due;

5) August 10, 2007- Defendant's Reply to Plaintiff's Opposition due.


SO ORDERED.


                                            _____
                                            United States District Judge