UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| YANA HAMILTON | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-0550 (EGS) |
| | : | |
| DISTRICT OF COLUMBIA, | : | |
| | : | |
| Defendant. | : | |

_____

### PRAECIPE

The Defendant, through counsel, respectfully submits the attached supplement to the administrative record filed on June 8, 2007.  The supplement contains the transcript for the interim hearing convened on October 12, 2006.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

*/s/ Amy Caspari*
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794
amy.caspari@dc.gov

June 20, 2007

Yana Hamilton
v. District of Columbia
Civil Action No. 07-0550 (EGS)

## **<u>Index of Supplement to Record</u>**

**<u>Description</u>**                                                    **<u>Page</u>**

Transcript of Hearing held 10/12/06                               –      374

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
STUDENT HEARING OFFICE


IN THE MATTER OF

DATE OF BIRTH ████████, 1995


HEARING DATE: OCTOBER 12, 2006


TRANSCRIBED BY
LEGAL PERSONNEL, INC.  (301) 277-5711

<u>APPEARANCES</u>

HEARING OFFICER:                      HERBERT ST. CLAIR


ATTORNEY ADVISOR FOR
    DISTRICT OF COLUMBIA
    PUBLIC SCHOOLS                     MR. SAURABH GUPTA

ATTORNEY FOR PARENT                   DOUG TYRKA

PARENT OF J█████ H█████████           YANNAH HAMILTON

1    HEARING OFFICER:  This is the matter of J███ H██████,

2    born ████████, 1995.  This confidential Administrative Hearing

3    concerns the special education services being provided to Joshua

4    by the District of Columbia Public School.  Today is Thursday,

5    October 12, 2006.  It's after nine in the morning.  Public Law

6    No. 108-446, The Individuals With Disabilities Education

7    Improvement Act of 2004 and Title V of the District of Columbia

8    Municipal Regulations authorize this Hearing.  This Hearing is

9    conducted under the auspices of the District of Columbia Public

10   Hearing Act referred to as DCPS.  We are in Hearing Room Number

11   2.  This Hearing is confidential and will be closed to the

12   public unless you Ms. Hamilton expressly state that it should be

13   an open Hearing, a public Hearing.  This Hearing is being

14   recorded and either party may request a copy of the recording or

15   transcript by making a written a request for both or either to

16   the Student Hearing Office, DCPS.  My name is Herbert St. Clair.

17   I am the Hearing Officer. I'm going to ask everyone here to

18   please state his or name. Let's begin with the attorney advisor.

19       MR. GUPTA:  Saurabh Gupta, attorney advisor, D.C. Public

20   Schools.

21       MR. TYRKA:  Good Morning, Douglas Tyrka, counsel for the

22   parents.

23       MS. HAMILTON:  Good Morning Yannah Hamilton, mother of

1    J█████ H█████.

2    HEARING OFFICER:  Mr. Tyrka, does Ms. Hamilton waive the

3    review of her rights?

4    MR. TYRKA:  Yes.

5    HEARING OFFICER: Okay. Now. Preliminary matters counselor?

6    MR. GUPTA: I have one.

7    MR. TYRKA:  Actually if I could just correct something that

8    I gave you misinformation I don't know if we are on the record

9    or not.

10    HEARING OFFICER:  We are on the record.

11    MR. TYRKA:  Earlier you asked the child's home school which

12    we gave you correctly. You then asked where the child was

13    attending?

14    HEARING OFFICER: Yes.

15    MR. TYRKA: Last the child is unattending on September 22nd.

16    The parent enrolled him at the local school at Bernie.

17    HEARING OFFICER: Okay.

18    MR. TYRKA:  But no placement has been made.

19    HEARING OFFICER:  I understand. No special education

20    placement has been made?

21    MR. TYRKA:  Correct.

22    HEARING OFFICER:  Okay.  All right.  The record is

23    corrected.  Any preliminary matters counsel?

1    MR. GUPTA:  I'd like reaffirm for motion for insufficiency

2    of the Complaint.  The first time DCPS learned of this Complaint

3    was when this expedited Complaint was sent to us.  For you that

4    sir is DCPS one (1).  If you just flip through that and see one

5    (1) has no birthday, no parent or guardian, no address, no --.

6    The only thing we know about this student is his name and that

7    one time he attended KIP.  This motion was denied by Mr. Smith

8    because – my Motion for Insufficiency was denied by Mr. Smith

9    because counsel stated he never filed a motion on the 14th.  But

10   if you turn to about the third or fourth page --.

11       HEARING OFFICER: Wait a minute – what am I supposed to do

12   with Mr. Smith's Order.

13       MR. GUPTA:  I'm making a Motion for Insufficiency and

14   surprise on DCPS now reasserting that because Mr. Smith.

15       HEARING OFFICER: Did you allege anything?  Go ahead.

16   Excuse me.

17       MR. GUPTA:  I alleged everything I just told you. I'm just

18   giving you the history.  Mr. Smith denied it on the basis that

19   counsel's answer was he never filed such a motion on September

20   14th.

21       HEARING OFFICER: Let me see that.

22       MR. GUPTA:  DCPS – counsel's answer is DCPS 03.

23       MR. TYRKA:  (inaudible)

1        HEARING OFFICER: Okay. Just a minute.

2        MR. GUPTA:  So Mr. Smith's--.

3        HEARING OFFICER:  Just a minute.

4        MR. GUPTA:  Okay.

5        HEARING OFFICER: All right.  Okay.  Just a minute.

6        MR. GUPTA:  Just let me know when you are ready.

7        HEARING OFFICER:  Yes.  Give me a chance.  Go ahead.

8        MR. GUPTA:  And, so, I guess where I left off was, Mr.

9   Smith denied the motion on the basis of that – his answer was he

10  never filed a Complaint on September 14th. If you look at the

11  dating and everything, it was filed on the 14th.

12        HEARING OFFICER:  What was filed on the 14th?

13        MR. GUPTA:  His expedited motion was filed on the motion.

14        HEARING OFFICER:  Are you talking about the Motion for

15  Expedited Hearing?

16        MR. GUPTA:  This is the only thing that DCPS has ever

17  gotten.  We haven't gotten any motion - - any Complaint notices

18  or anything.  This is the only thing we have.

19        HEARING OFFICER:  Just a minute.

20        MR. GUPTA:  Just one page back.

21        HEARING OFFICER:  Just a minute.

22        MR. GUPTA:  One page back.

23        HEARING OFFICER:  Just a minute.  I have a Complaint in

1  here dated August 23rd.  I am assuming that the Motion was filed

2  pursuant to this Complaint, Mr. Tyrka?

3     MR. TYRKA:  Correct and the third paragraph the Motion is

4  identified.  It specifically states that the Complaint was filed

5  on August 23rd.

6     G HEARING OFFICER:  Yes.

7     MR. GUPTA:  I am not in receipt of that Complaint.  And—

8     HEARING OFFICER:  Let me just say this.

9     MR. GUPTA:  He also states that the Complaint was lost by

10  the Student Hearing Office or his - Hearing Request--.

11  Irregardless, today is the first day I found about what the

12  child's actual birth date is. Even on his disclosures, the child

13  is listed as born in 2005.  According to this disclosure, this

14  child in ten months old.

15     HEARING OFFICER:  I'm sorry what did you say?

16     MR. GUPTA:  According to his disclosures, the child is ten

17  months old; he was born on December 8, 2005.

18     HEARING OFFICER:  Okay.  I'm not concerned about that date

19  on the disclosure.  I am concerned - is the date — I notice that

20  the date on the Complaint is incorrect.

21     MR. TYRKA: That's correct.  No notice of insufficiency was

22  ever filed regarding this Complaint.  It is a very clear

23  procedure.

1      HEARING OFFICER:  I understand that.

2      MR. GUPTA:  That bastard is a very creative lawyer.

3      HEARING OFFICER:  Just a minute. I want – don't opinionate.

4  What are you proposing Mr. Gupta?

5      MR. GUPTA:  I'm proposing that you move this to the regular

6  schedule, give us time to be on notice.  I'm not asking you to

7  dismiss this case. I asking you to remove the expedited Hearing

8  motion and put it back on the regular calendar.

9      HEARING OFFICER:  Who put it on the expedited calendar?

10     MR. TYRKA:  Mr. Smith.

11     HEARING OFFICER:  Mr. Smith?

12     MR. TYRKA:  It is in our disclosures.

13     HEARING OFFICER:  Well, just let me say this.

14     Mr. TYRKA:  Well I am assuming its Mr. Smith. But usually

15  what we get is just--.

16     HEARING OFFICER:  Go ahead.

17     MR. TYRKA:  Sometimes what we get is what we got in this

18  case, is just a Hearing notice that says, expedited Hearing as

19  this one does. So I believe that the proper procedure is that

20  Mr. Smith has to rule on the Motions have to happen.

21     HEARING OFFICER:  Do you have a meritorious defense Mr.

22  Gupta?

23     MR. GUPTA:  To?

1      HEARING OFFICER:  To the allegation that the child, that

2  DCPS is in violation of the HOD?

3      MR. GUPTA:  I don't even know what the charges here are.

4      HEARING OFFICER:  Okay.  I'll tell you what.

5      MR. GUPTA:  I give you a response if I had one.

6      HEARING OFFICER:  Well just let me say this.  When you got

7  this Motion for Expedited Hearing, and you found — your reply to

8  that was a deficiency to the Complaint right?

9      MR. GUPTA:  Yes.  Because this is the only thing that's

10  come across my desk and so I assume this was the Complaint. This

11  is a Motion for Expedited Complaint and Hearing Notice all I

12  one.

13      HEARING OFFICER:  Does it mention in there that the

14  Complaint was filed.

15      MR. GUPTA:  Like I said sir —-.

16      HEARING OFFICER:  It says August 23rd the petitioner filed a

17  Due Process Complaint.  That's the third paragraph in the

18  Motion.

19      MR. GUPTA:  It also goes on to say, is hard to read because

20  of —.

21      HEARING OFFICER:  I understand.  I understand. Go ahead.

22  Do the best you can.

23      MR. TYRKA:  There is a better copy in our disclosure.

382

1      HEARING OFFICER:  We're fine. I think I can make this up.

2  You want me to read it.  I can read it.  Who's this?  Whose

3  copy.  I'll tell you what. You have a better copy.

4      MR. TYRKA:  Number 7 in our disclosure is a –.

5      HEARING OFFICER:  I'll tell you what.

6      MR. GUPTA:  On the fourth paragraph starting with August

7  29th, he implies that the – the – request for the – to determine

8  placement and all that has been lost and what not.

9      HEARING OFFICER:  Just a minute, let me read it.

10      MR. GUPTA:  Okay.

11      HEARING OFFICER:  All right.  Now wait a minute.  It says

12  on August 29th, it doesn't say that the Complaint has been lost.

13      MR. GUPTA:  No. But there is also no, there is no exhibits

14  with this and I am not willing to take counsel on what's written

15  here because in this Motion he didn't present any exhibits.

16  Like, one the initial Complaint, two the Motion he's filing.  I

17  have no proof that all of this actually happened.  Until the

18  disclosures were given to me three days ago.

19      MR. TYRKA:  Not only is it in the record, but I do have

20  attached to my disclosures, the fax confirmation in our

21  Complaint, I also have the original scheduling memorandum in

22  this case, which specifically comes from the SHO and our

23  disclosure --.

1      MR. GUPTA: (inaudible).

2      MR. TYRKA:  Which specifically identifies the Complaint

3  dated August 23rd.

4      HEARING OFFICER:  Just a minute.  Just a minute. Just a

5  minute.  You did not receive the Complaint; I am going to accept

6  that as truthful.  You are an officer of the Court Mr. Gupta.

7  Of course the Student Hearing Office has a copy.  Your procedure

8  is to file a copy with the Student Hearing Office and the Office

9  of General Counsel.

10     MR. TYRKA:  No. The procedure is to always to file it only

11  with the Student Hearing Office.

12     HEARING OFFICER:  And they deliver a copy.

13     MR. TYRKA: And they deliver a copy because technically OGC

14  does take them until they have been filed, so.

15     HEARING OFFICER:  Ahhh. Ahhhh.

16     MR. GUPTA:  I'm not alleging that the Complaint wasn't

17  filed; I am alleging that I was never on notice. I never

18  received the Complaint and because that --.

19     HEARING OFFICER:  Whose fault is that?

20     MR. GUPTA:  I'm not here to blame fault; I'm just here to

21  say that we're not on notice.

22     HEARING OFFICER:  I understand that.

23     HEARING OFFICER:  Just a minute.

1      Mr. TYRKA:  There is a witness if I may --. When the

2  Hearing Officer is inclined, that is all I'm asking.

3      HEARING OFFICER:  Fine.

4      MR. GUPTA:  I mean additionally the only time I even – the

5  first time I saw the Complaint was in the disclosure, and now

6  that I mention it, even in the disclosure, the birthday is wrong

7  and in the Complaint the birthday is wrong.

8      HEARING OFFICER:  Look.

9      MR. GUPTA:  I'm just saying this, I feel this a very messy

10  situation, doesn't need a Expedited Hearing.  I not asking to

11  dismiss the case, I just asking you to put in on the regular

12  docket.

13      HEARING OFFICER:  When did Mr. Smith deny your Motion to

14  Strike – the Motion for Expedited Hearing?

15      MR. GUPTA:  I received it yesterday.

16      HEARING OFFICER:  What's the date on it?

17      MR. GUPTA:  It was signed – – it was issued on 10 – 10.

18      MR. TYRKA:  There is a denial of the --.

19      HEARING OFFICER:  Go ahead.

20      MR. TYRKA:  Insufficiency.  That's what it is, I believe.

21  I haven't even seen it.

22      MR. TYRKA: I saw that the Order has been filed by opposing

23  counsel, cause he has an insufficiency notice.

1    HEARING OFFICER:  What he denied here was – he denied here

2    the Motion for Insufficiency.  In other words this Motion to

3    Strike the Expedited Hearing has not been ruled on.

4    MR. GUPTA:  I'm making that now because he denied my

5    insufficiency based on counsel's assertion that nothing was

6    filed on the 14th.

7    MR. TYRKA:  While the assertion was in the Complaint.

8    HEARING OFFICER:  Just a minute. Just a minute.  The Notice

9    of Insufficiency, although it was filed on September 28th, and it

10    was denied on October 10th, what's that about twelve days?

11    MR. GUPTA:  Yeah. September has thirty days.

12    HEARING OFFICER:  And ahh--- you filed this.  Let me

13    calendar out.  I can't keep all of this in my head.  Okay we

14    filed this thing on August 20th.  The Complaint was filed on

15    August the 23rd.

16    MR. GUPTA:  Correct.

17    HEARING OFFICER:  You filed your Motion for Expedited

18    Hearing when?

19    MR. TYRKA:  There was a motion filed before that, just --.

20    HEARING OFFICER:  What motions was filed before that?

21    MR. TYRKA:  There was a stay put motion.

22    HEARING OFFICER:  Filed? When?

23    MR. TYRKA:  On August 29th.

1        HEARING OFFICER:  What happened to that?

2        MR. TYRKA: Nothing.  As is explained in the Motion for the

3    Expedited, we have no response to that.

4        HEARING OFFICER:  When was the Motion for Expedited --.

5        MR. TYRKA:  For expedited is on September 14th.  And the

6    reason we filed the Motion for an Expedited is because we got no

7    response to our stay put motion.

8        HEARING OFFICER:  When was the next motion?

9        MR. TYRKA:  That was the end of our motions.  The counsel

10    filed the Insufficiency Notice.

11       HEARING OFFICER:  When?

12       MR. TYRKA:  Which referred to a Complaint filed on

13    September 14th and that was filed actually I don't recall.

14    Counsel may be able to tell us.

15       HEARING OFFICER:  The Sufficiency Notice was filed when?

16       MR. GUPTA:  The Insufficiency I believe on the 28th?  Let me

17    make sure?

18       HEARING OFFICER:  The 28th of what?

19       MR. GUPTA: September.  Yes, 28th of September.

20       HEARING OFFICER:  All right, Insufficiency.

21       MR. TYRKA:  And we filed our response to that--.

22       HEARING OFFICER:  Wait a minute.  The Notice of

23    Insufficiency was filed against the Complaint or was it filed

387

1   against the Motion for Expedited Hearing.

2        HEARING OFFICER:  It's against the Complaint?

3        MR. GUPTA: No, against the Motion.  The 14th?

4        MR. TYRKA:  He refers to the Complaint filed on September

5   14th, but there was no such Complaint, so in was presumably in

6   response to the Expedited Hearing Motion.

7        HEARING OFFICER:  Oh I understand.  All right.  Okay. Okay.

8   What's the next one?

9        MR. TYRKA:  Our response to the Notice of Insufficiency was

10  filed on September 28th.

11       HEARING OFFICER:  Wait a minute.  I thought the Notice of

12  Insufficiency was filed on the 28th; it was filed on the same

13  day?

14       MR. TYRKA:  We do our best.

15       HEARING OFFICER:  Okay. Pretty good.

16       MR. TYKRA:  It was a very short response, so it was not --.

17       HEARING OFFICER: Just a minute. Now what is the next thing?

18  The next thing I guess is this Order, which I was not even aware

19  of.  Excuse me the next thing is probably the Hearing Notice,

20  which is September 8th.  The Hearing Notice --.  Excuse me we

21  skipped something.  September 18th is when we get the Expedited

22  Hearing Notice.

23       HEARING OFFICER:  So they grant the Expedited Hearing

1  Notice.

2       MR. TYRKA:  That is actually before --.

3       HEARING OFFICER:  They granted Expedited Hearing --.

4       MR. TYRKA:  And that is on September 18th.

5       HEARING OFFICER:  Did they give you a date?

6       MR. TYRKA:  Yes.

7       HEARING OFFICER:  What's the date they give you?

8       MR. TYRKA:  Today.

9       HEARING OFFICER:  October 12th.  Okay, Now.  So they granted

10  the Expedited Hearing before you filed the Insufficiency

11  Complaint.  Now what's the next one?

12       MR. TYRKA:  Filing the Dismiss Order I guess.

13       HEARING OFFICER:  Denying the Insufficiency and that was

14  when, October what - No, when was that?

15       MR. GUPTA: Ahhh  10 - 10.

16       HEARING OFFICER:  A couple of days ago.

17       MR. GUPTA: Yeah.

18       HEARING OFFICER:  Insufficiency denied.

19       MR. GUPTA: Can I add something else when you're ready?

20       HEARING OFFICER:  On 9 - 29, the day after I filed my

21  motion --.

22       HEARING OFFICER:  Yeah.

23       MR. GUPTA: I called counsel's office to get this cleared up

1   to figure out things, to see I could — to see what was going on.

2   I spoke to a lady named Camille.  She was completely unaware. I

3   said I filed you the Motion and everything that I have and I

4   did.  I don't know if I have the fax confirmation, but I do have

5   my fax cover sheet — Yeah -- now I have the fax confirmation.

6        MR. TYRKA:  We received on the 28th — there's no.

7        MR. GUPTA:  No.  I'm not.  I'm not.  I'm asking — I'm

8   saying in the interest of, let's get this on.  Okay let me just

9   work this out.  Blah..Blah.. Blah. . with counsel's office.

10  Counsel's office never returned my calls, never even tried to

11  fix the situation.

12       HEARING OFFICER:  Okay. Okay.

13       MR. GUPTA: I'm just saying in the interest of fair play, it

14  doesn't seem like the game was fair.

15       HEARING OFFICER:  Okay, let me see.  Twenty-three, that's

16  two thirty-five, plus seventy-five, two ten right? Now that's

17  two-ten.  Now two-ten.  No! That's three-ten.  That's three-

18  ten.  Three-ten.  The seventy-fifth day is November 6th.

19       MR. TYRKA:  I don't believe that is correct.  Oh, it is.

20       HEARING OFFICER:  I just calculated it.  I got this

21  calendar because the days are numbered. See this?

22       MR. TYRKA:  Ahhhhhhhh.

23       HEARING OFFICER: That's why I got this calendar.  See that.

1      MR. TYRKA:  Ahhhhhhh.

2      HEARING OFFICER:  So I just added seventy-five to August

3  23rd, was the 235th day of the year.  So seventy-five added to

4  that is three-ten. And three-ten comes up to three hundred and

5  tenth day in the year is November 6th.  So we're at --.  My

6  inclination is to get to the merits.  All the disclosure made in

7  this matter?

8      MR. TYRKA:  I'm sorry what's the question?

9      HEARING OFFICER:  Your disclosure is complete?

10     MR. TYRKA:  Yes. Absolutely yes.

11     HEARING OFFICER:  How many days do you need Mr. Gupta?

12     MR. GUPTA: I need a minimum of a week. So this time next

13  week is fine with me.

14     MR. TYRKA:  I haven't had my chance to respond?

15     HEARING OFFICER:  All right.  He's asking for a continuance

16  to the seventeenth.  Go ahead.

17     MR. TYRKA:  The -ahhh.  The Complaint was filed on the

18  twenty-third.

19     HEARING OFFICER:  Right.

20     MR. TYRKA:  A scheduling memorandum went out.  Now is it

21  possible that - I mean there were fax confirmations.  So I'm

22  asking contested at all, but it got here successfully that the

23  Student Office dealt with it as a successfully received

1  Complaint.  Now if there was some problem with the Student

2  Hearing Office getting it to OGC --.  That is of course

3  possible; I say this is unlikely because they do this all the

4  time.  What I see is far more likely is that because OGC's own

5  staffing issues they had a problem getting the Complaint to the

6  right person's hands, which we know has happened before.  And,

7  while I am sympathetic to the situation of the particular

8  attorney who sits across the table at any time we are in the

9  situation, I very sympathetic to that.  That does not change the

10  fact that the parent is not responsible for the disorganization

11  within OGC.  And if they can't get a paralegal who can put stuff

12  in the right mailbox, it is not the parent's fault.  The second

13  thing is – that's on the 23rd.  The Scheduling Memorandum is on

14  the 24th.  We then have a Stay Put Motion on the 29th.  Now here

15  is a second Notice that a Complaint exists.  And that's our

16  disclosure number six.  And specifically addresses the day of

17  the Complaint and everything.  I would hope that upon receiving

18  that, whoever received at OGC would say, hey wait a second, we

19  don't even have this Complaint.  Either – (inaudible) this is no

20  good. DCPS never responded to that Stay Put Motion.  Now, we

21  never got a ruling on that.  So we do a Motion for Expedited

22  Hearing on September 14th.  Now as the Hearing Officer was just

23  reviewing, in the third paragraph of that Motion it says, "A

1    Complaint was filed on August 23rd." Now, we don't have

2    opposition to that Motion, instead we get – two things happen.

3    One I get a phone call from the school, one to schedule a

4    Resolution Meeting for the Complaint. And I explain to the

5    person that I spoke to at the school there is no Complaint on

6    September, but what there is a Motion. The next thing we get is

7    a scheduling of the Expedited Hearing Notice, and the response.

8    I mean, what we have at this point is we have the original

9    Complaint, we have the Motion to Stay Put, both of which

10   notified DCPS of the Complaint date and the issues and then we

11   have the Expedited Hearing, which clearly states the day of the

12   Complaint. I mean confusion is confusion – but I don't know why

13   the parent should be all prejudiced. Because the parent has

14   been completely clear about everything. So I mean the Expedited

15   Hearing Notice on September 18th, which again, refers to a

16   Complaint. It specifically says it on there, a Complaint filed

17   on August 23rd. I mean that is Notice after Notice after Notice.

18   And then we have my response to the issue of the Sufficiency of

19   the Complaint saying we never filed a Complaint on that date.

20   So I think DCPS has had numerous, numerous notices of what is

21   going on. The last of which, as counsel has acknowledged is our

22   in fact our disclosure packet, which has all the documents that

23   we're going to use, including the Complaint, including all these

393

1  other Motions and had there been, been some – and DCPS wakes up

2  and says this is a total mess.  DCPS goes and shows up today

3  with a pack of disclosures and makes it available and says, you

4  know what, I know the disclosures are late, here where I am

5  confused, and I highly doubt that the Hearing Office would

6  disallow these documents, at least an attempt should have been

7  made.  But no attempt was made.  Instead, all is being put on

8  the parent.  There is a reason that the Expedited Hearing was

9  requested. We filed a Stay Put because this child was in Kit.

10 Kit is a Charter School.  Kit booed out J██████.  You said you

11 can't come back anymore.  DCPS has not provided a replacement.

12 Every notice needs a full-time placement.

13      HEARING OFFICER:  When was he expelled from Kit?

14      MR. TYRKA:  It occurred in August.

15      HEARING OFFICER:  They suspended him?

16      MR. TYRKA:  No. They pulled DCPS in, said.

17      HEARING OFFICER:  I'm not understanding you.

18      MR. TYRKA:  Well what the charter school has to do when

19 they think the child – when they can't service the child

20 anymore, they call DCPS and say bring him to a meeting.  They

21 have the meeting pursuant to the HOD.  No placement is

22 determined, but KIT says, we've done everything we have to do.

23 He can't come back.  All this is in our documents.  Okay, the

1   parent cannot, she cannot re-enroll J▓▓▓▓ at the school year.

2   So had no school.  That's why we filed our Stay Put.  Which we

3   never get a ruling on unfortunately, and that's why we file our

4   Expedited Hearing Request, which was granted.  Now I do want to

5   point out that all of this is based on the HOD that came from

6   this Hearing Officer on July 10th, which is our number three.

7   And what that HOD makes very clear, was that at that point on

8   July 10th, 06, DCPS was in violation, had not--.  Well, let me

9   rephrase.  DCPS had given the child the appropriate placement,

10   but the HOD says, however, it's summertime, there is not ESY

11   occurring IEP, therefore I'm not going to say that there in

12   violation in not having placement right how. However, they

13   better get placement.  So the entire point of the HOD was okay,

14   they dodge the bullet here, but they better do a placement

15   before the end of the summer, because this child needs a

16   placement for the beginning of the school year.  That's our

17   number three.  So that reason, I don't think there should be any

18   further delay in this.  I don't think there has been any

19   unfairness in this whatsoever to DCPS because they have had

20   multiple notices of the Complaint and the issues.

21      MR. GUPTA: My response to that in the interest was in fair

22   play then, when I called their office the day after I received

23   this –

395

1      HEARING OFFICER:  Just a minute Mr. Gupta.  Here is what I

2  want you to do.  All right.  I want you to go downstairs to find

3  out if this meeting took place.

4      MR. TYRKA:  The meeting took place.

5      HEARING OFFICER:  It did?

6      MR. TYRKA:  Yes. We have the notes.  And that is in our

7  Complaint.  The meeting took place, all that happened was they

8  showed up without any kind of placement. On the spot, they pick

9  up the phone, called down to – whatever it's called, the

10  placement lady, I don't know what it is called.

11      HEARING OFFICER:  All right.  What DCPS's -- what we have

12  here is that the meeting did take and an IEP was continued and

13  Notice of Placement was issued?

14      MR. TYRKA:  We don't have a valid Notice of Placement.

15      HEARING OFFICER:  But an issued a Notice of Placement?

16  What they thought was valid?

17      MR. TYRKA:  Well not really. They didn't issue it at the

18  meeting.  Later, we got two conflicting Notice of Placement.

19  For two completely different schools.

20      HEARING OFFICER:  Okay, so what I think what we have here

21  is that DCPS has something on the table on the table that they

22  consider FAPE.

23      MR. TYRKA:   They may make that--.

396

1      HEARING OFFICER:  Okay.

2      MR. TYRKA:  But we can also see in the notes, I mean, we

3  can see in the notes that they did not – they said at the

4  meeting, that the proposed school, Taft could not – I mean, I'll

5  read from the notes.

6      HEARING OFFICER:  Tell you what, stop.

7      MR. TYRKA:  Sure.

8      HEARING OFFICER:  Here is what I'm going – Mr. Gupta.  I do

9  you think you ought to answer Mr. Tyrka's Complaint about the

10  student suffering in this—Ms. Hamilton.

11      MR. GUPTA: I agree – I mean I agree that is a concern here.

12  But, for one the student wasn't even attending til 9 –22, which

13  is what almost a month after school started.  And if the concern

14  was that high then you're in the middle of litigation and you

15  know you're not getting your Stay Put right now, at least enroll

16  the student somewhere, yes.  That might – be – he might not be

17  getting the services his IEP calls for there, not everything is

18  perfect, but at least he is attending school. And to now – and

19  then to finally enroll him a month later, I mean, how much of a

20  concern was it then?

21      MR. TYRKA:  Full-time IEP.

22      HEARING OFFICER:  Just a minute.

23      MR. GUPTA: And also counsel is well aware that there are

1    regulations of protection for the parent, when the LEA is non-

2    compliant and they can enroll him at the—excuse me - parent can

3    make a unilateral placement and then seek the refund from the

4    LEA.

5        MR. TYRKA:  If parent had the money she would have.

6        HEARING OFFICER:  There is an IEP on the table that post-

7    dates my HOD.

8        MR. TYRKA:  Correct.

9        HEARING OFFICER:  I think DCPS should have an opportunity

10   to establish FAPE.  Seeing how they have an IEP on the table.

11   I'm going to continue this, for ten days.  As soon as I can.

12   Ms. Hamilton I am going to try to get to this as quick as I can,

13   but DCPS has an IEP on the table and I think I should give them

14   an opportunity to establish this as FAPE.  Mr. Tyrka, will tell

15   you as a Hearing Officer, I like to get to the merits.  I don't

16   like disposing of these matters on legal technicalities. I don't

17   like doing that. Go ahead.

18       MR. TYRKA:  We haven't addressed my pre-Hearing motion.

19       HEARING OFFICER:  Go ahead.

20       MR. TYRKA:  Which is a default, based on DCPS's failure to

21   issue a response in this case.

22       HEARING OFFICER:  Okay.

23       MR. TYRKA:  And that is a response to the (inaudible) that

1    is a response the supposed Complaint from September 14th, there

2    is no response whatsoever. And as we are aware, the Hearing

3    Officer has been arranged of decisions, not going to Hearing

4    Officers since the law changed regarding the impact of the

5    failure to issue a response.

6        HEARING OFFICER:   HmmmHmm.

7        MR. TYRKA:  However, there's also been a shift amongst some

8    of the Hearing Officers since the change in the burden of proof.

9    And that shift has been granted default where they were not

10   granted in the past.  With this Hearing Officer in particular,

11   if I may, this Hearing Officer has specifically issued DCPS

12   warnings that the absence of response will no longer be

13   tolerated. And there has been no response whatsoever.  I -- this

14   Complaint or any attempt at a response in the clients at 14, 15,

15   --.  The Hearing Officer knows my arguments in this regard, but

16   I'll just refer to Massey v DC, 400 F. Supp. 2d 66 which

17   establishes that DCPS does not have any give in serving

18   response, it has to do it, it has to serve a response to the

19   clients with 14, 15 it hasn't been done, there has been no

20   attempt to do it here.

21       HEARING OFFICER:  Okay, I'll tell you what I'm going to do.

22   I'm going to grant the continuance.  What I'm going to do is to

23   consider your Motion for Default.  And if I decide to rule it,

399

1   what I'll do is issue an Order awarding a finding for Ms.

2   Hamilton and then we'll take education benefit to Rock Creek

3   Academy.

4        HEARING OFFICER: Yes, Ms. Newsome please? (Hold please).

5        Ms. NEWSOME:  Mr. Hearing Officer.

6        HEARING OFFICER:  Hi Ms. Newsome.  This is Herbert St.

7   Clair.  We are on the record in the J███ H███████ file.

8   J██████ H█████████ Hearing.  What I want to do is to get a

9   continuance of not more than seven business days is that's

10  possible.

11       MS. NEWSOME: That may not be possible.

12       HEARING OFFICER:  How soon can you do it, otherwise, I'll

13  just have to come in on a Monday.

14       MS. NEWSOME:  Hold on one second.

15       HEARING OFFICER:  This is Mr. Gupta and Mr. Tyrka.

16       MR. TYRKA:  I think she put you on hold.

17       HEARING OFFICER:  Oh.

18       MS. NEUSOME:  Mr. St. Clair who the OGC's attorney?

19       HEARING OFFICER:  Mr. Gupta.

20       MS. NEWSOME: Hold one moment.

21       HEARING OFFICER:  I think Mr. Gupta would be willing to

22   shift his other cases, right Mr. Gupta.

23       MR. GUPTA: I would then. I mean if I get (inaudible)

1          HEARING OFFICER:  Yes.

2          MR. GUPTA: From opposing counsel.

3          HEARING OFFICER:  Yes.  Mr. Gupta will shift.  If you can

4    do it because I know you schedule cases.

5          MR. GUPTA: I think you are on hold again.

6          HEARING OFFICER:  Oh.

7          MR. GUPTA:  She doesn't say it very loudly when tells –

8    when she says hold on.

9          HEARING OFFICER:  Yeah.  Yeah.  Did she say it?

10         MR. GUPTA: Yeah.

11         HEARING OFFICER:  Did you hear it?

12         MR. TYRKA:  I did.

13         HEARING OFFICER:  I didn't. I didn't hear it.  Thinking my

14   ears are failing along with other parts.

15         MR. TYRKA:  She said hold on, is that what she said?

16         MR. GUPTA: Yeah, that's it.

17         MR. TYRKA:  Did you lose your digital?

18         HEARING OFFICER:  No, left it. Left it at my house.

19         MS. NEWSOME: The earliest date I have is November the 8th on

20   Wednesday at 3 p.m.

21         MR. GUPTA: Ms. Newsome?

22         MS. NEWSOME:  HmmmHmm.

23         MR. GUPTA:  In – ahhh in the light of the urgency and my

1  belief in fairness, you, if you can find an open date within

2  seven business day, OGC, will find a way to cover the case. It

3  doesn't have to be me that try this case.

4      MS. NEWSOME:  Okay. Hold on.  How about October the 19th at

5  one.

6      HEARING OFFICER:  That sounds good.  One p.m., J▓▓▓▓

7  H▓▓▓▓▓▓.

8      MR. GUPTA: Is that a Tuesday?

9      MS. NEWSOME:  Thursday.

10      MR. GUPTA:  Thursday.

11      MR. TYRKA:  I can't guarantee that Ms. Hamilton will be

12  here, she works and that is a short notice for her.

13      MS. HAMILTON: I can do it over the phone.

14      HEARING OFFICER:  I'm sorry Ms. Hamilton.

15      MR. TYRKA:  She may be available by phone.

16      HEARING OFFICER:  All right.  Okay here is what I am going

17  to do.

18      MS. NEWSOME:  Are you through with me?

19      HEARING OFFICER:  Yes M'ame.  I want to make sure that the

20  Hearing for J▓▓▓▓ H▓▓▓▓▓▓ is going to continue at 1 p.m.

21  Thursday, October 19th, 2006.  Correct.

22      MS. NEWSOME: Yes.

23      HEARING OFFICER:  Thank you M'ame.

1      MS. NEWSOME: You're welcome.

2      HEARING OFFICER:  Okay.  I'm guess -.  I'm going to check

3  your representation Mr. Gupta as an Officer of the Court, that

4  you did not get the Complaint. I mean, and let me just say this

5  because.  Well – ahhh.  This matter is continued until then.

6  I'm going to get this out as quickly as I can after that Ms.

7  Hamilton, a decision.  I am going to move this my other – move

8  this decision up before others if I can do it, within the

9  seventy-five days time left.  Okay.

10     MR. GUPTA: One question is, obviously I'm going to be

11  making – needing disclosures and having a witness list.

12     HEARING OFFICER:  Yes.  I'm going to waive that – Mr.

13  Tyrka, you willing to waive that.

14     MR. TYRKA:  I'm opposed to the whole thing, as I understand

15  it. (laughter).

16     HEARING OFFICER:  I'm going to alter the disclosure. I am

17  going to give you til the close of business, this Monday.

18     MR. GUPTA: This Monday.  Can you give me that date please?

19     HEARING OFFICER:  Yes, the sixteenth, 4 p.m., disclosures.

20     MR. GUPTA: Thank you sir.

21     HEARING OFFICER:  So I am going to expect you to produce if

22  Mr. Tyrka asks, I want you to call him and make sure he has

23  received it.  Just don't rely on the fax receipt. Call his

1    office and make sure he's received it.  All right, have I tied

2    up all the loose ends?

3        MR. TYRKA:  Yes, I do want to, or did the Hearing Officer

4    mention seventy-five, I do want the Hearing Officer – that

5    because this was expedited, and the (inaudible) was granted at

6    time on it is much higher than that.

7        HEARING OFFICER:  What is it?

8        MR. TYRKA:  And that's 05, (inaudible) and the by now the

9    federal regs which kick on the 14th I believe, October 14th.  I

10   can't tell you off what it is.  I know it's significantly

11   tighter than the seventy-five.

12       HEARING OFFICER: Okay. All right.

13       MR. TYRKA:  We might want to look at that before the next

14   time we come in.

15       HEARING OFFICER:  Yes, that's correct, but I'm thinking

16   that because regulations have not come into effect.  Okay thank

17   you for the heads up sir.  Anything father?

18       MR. TYRKA:  No thanks.

19       MR. GUPTA: No thanks.