UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANA HAMILTON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-0550 (EGS) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**DEFENDANT'S CONSENT MOTION TO AMEND THE
COURT'S MAY 25, 2007, SCHEDULING ORDER**

The Defendant, through counsel, requests this Court to amend its scheduling order issued on Friday, May 25, 2007, in light of Defendant's supplement to the administrative record that has been filed simultaneously with this motion. The parties spoke by telephone on June 19, 2007, and, with Plaintiff's consent, the Defendant submits the following proposed new motions' schedule:

Friday, July 20, 2007: Plaintiff's Motion for Summary Judgment due;

Friday, August 3, 2007: Defendant's Cross-motion and Opposition due;

Friday, August 17, 2007: Plaintiff's Opposition and Reply due, and

Friday, August 24, 2007: Defendant's Reply due.

Counsel for Plaintiff has consented to this motion. A memorandum of points and authorities in support of the consent motion and a proposed order is attached hereto.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794
amy.caspari@dc.gov
Attorney for Defendant

June 21, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YANA HAMILTON,

    Plaintiff,

v.      Civil Action No. 07-0550 (EGS)

DISTRICT OF COLUMBIA,

    Defendant.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT'S CONSENT MOTION TO AMEND THE COURT'S MAY 25, 2007, SCHEDULING ORDER**

In a telephone conversation on June 19, 2007, the Plaintiff discovered that the transcript of the October 12, 2006, interim due process hearing in this case was not in the administrative record filed by Defendant on June 8, 2007.

At the time of filing, Defendant's counsel submitted the administrative record provided by the District of Columbia Public Schools ("DCPS") Student Hearing Office ("SHO"). However, the transcript for the interim hearing was discovered to be missing. Given that the due process hearing in this case occurred on two different dates, October 12, 2006, and October 17, 2006, Defendant believes that SHO inadvertently submitted to the Defendant only the transcript for the second hearing session. Therefore, a supplement containing the transcript for the interim hearing on October 12, 2006, is being filed simultaneously with this motion.

The October 12, 2006, transcript does not address any substantive matters or services regarding the student. The transcript constitutes a discussion of whether the

1

October 12, 2006, due process hearing should or should not be continued to another date in light of a motion for default judgment raised before hearing regarding whether DCPS properly responded to the complaint. Therefore, Defendant believes that Plaintiff suffered no prejudice or harm as a result of the inadvertent delay in filing of this transcript. Nevertheless, the Defendant requests that this court allow the Defendant to amend the motion schedule so that both parties may work from the complete record when preparing their motions.

>Respectfully submitted,
>
>LINDA SINGER
>Attorney General
>for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>*/s/ Edward P. Taptich*
>EDWARD P. TAPTICH [#012914]
>Chief, Equity Section II
>
>*/s/ Amy Caspari*
>Amy Caspari [#488968]
>Assistant Attorney General
>441 Fourth Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001
>(202) 724-7794
>amy.caspari@dc.gov
>Attorney for Defendant

June 21, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANA HAMILTON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-0550 (EGS) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**ORDER**

Upon consideration of the Defendant's Consent Motion to Amend this Court's May 25, 2007, scheduling order, it is hereby

**ORDERED,** that on Friday, July 20, 2007: Plaintiff's Motion for Summary Judgment is due, on Friday, August 3, 2007: Defendant's Cross-motion and Opposition are due, on Friday, August 17, 2007: Plaintiff's Opposition and Reply are due, and on Friday, August 24, 2007: Defendant's Reply is due.

United States District Judge