IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANA HAMILTON,<br>　　　Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>　　　Defendant. | )<br>)<br>)<br>)　Civil Action No. 07-0550<br>)　EGS<br>)<br>)<br>)<br>) |

### PLAINTIFF'S MOTION FOR A NEW TRANSCRIPT

In accordance with Rule 7(b) of the Federal Rules of Civil Procedure, Plaintiff Yana Hamilton moves for a correction of the administrative record of the October 12, 2006 due process hearing as filed by the Defendant on June 20, 2007. In support, Ms. Hamilton submits the attached Memorandum.

Wherefore, Ms. Hamilton respectfully requests that a new written transcript of the October 12, 2006 due process hearing be produced and that the current filing deadlines be extended to allow for that production.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　Douglas Tyrka, #467500
　　　　　　　　　　　　　　　　　　Tyrka & Associates, LLC
　　　　　　　　　　　　　　　　　　1726 Connecticut Ave. NW, Suite 400
　　　　　　　　　　　　　　　　　　Washington, DC  20009
　　　　　　　　　　　　　　　　　　(ph) (202) 265-4260
　　　　　　　　　　　　　　　　　　(f) (202) 265-4264

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| YANA HAMILTON,<br>   Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>   Defendant. | )<br>)<br>)<br>) Civil Action No. 07-0550<br>) EGS<br>)<br>)<br>)<br>) |

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR A NEW TRANSCRIPT

#### INTRODUCTION

Ms. Hamilton has brought her case under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C § 1400 et seq., following an adverse administrative decision. Ms. Hamilton seeks an injunction directing the District of Columbia Public Schools ("DCPS") to fund an appropriate private special education placement for her son J.H. and to convene a meeting to complete certain objectives. Ms. Hamilton now moves for the transcript of one her due process hearings to be produced anew.

#### FACTUAL BACKGROUND

On October 12, 2006, DCPS held an administrative hearing to resolve Ms. Hamilton's due process complaint. (R. at 11.) At this hearing, after argument from both sides regarding pre-hearing procedural matters, the Hearing Officer elected to continue the hearing on October 19, 2007, to provide DCPS' counsel with additional time to prepare. (R. at 399.) A written transcript of this hearing was produced from an audio recording but was not initially filed with the administrative record on April 27, 2007. (R.

at 373; Exhibit 1) The Defendant filed the transcript of the October 12, 2006 hearing as a supplement to the record on June 20, 2006. (R. at 373; Def.'s Praecipe, June 20, 2007.)

Upon reviewing the transcript of the October 12, 2006 hearing, Plaintiff's counsel noticed multiple errors in the transcription, many of which seriously impaired the comprehension of the matters being discussed. Plaintiff's counsel communicated the presence of these errors to Defendant's counsel on June 20, 2007. Exhibits 2, 3. Counsel for both parties exchanged email messages regarding the supplement during the day of June 21, 2007. Plaintiff's counsel consistently inquired as to the availability of a corrected transcript (Exhibits 5, 7, 9) while Defendant's counsel appeared reluctant to address the issue. (Exhibits 4, 6, 8.) When Defendant's counsel did respond, it was indicated that the Defendant would not consent to a replacement transcription. Exhibit 10. Defendant's counsel has not contacted Plaintiff's counsel regarding the transcript since June 21, 2007.

## ARGUMENT

The errors in the transcript go beyond a few mere garbled phrases and seriously impair the reader's ability to comprehend several of the issues being discussed. Most importantly, the transcript of the Plaintiff's argument in support of a default judgment, on pages 398-399 of the Record, is incomprehensible, including sections such as the following:

> "And that is a response to the (inaudible) that is a response to the supposed Complaint from September 14th, there is no response whatsoever. And as we are aware, the Hearing Officer has been arranged of decisions, not going to Hearing Officers since the law changed regarding the impact of the failure to issue a response."

(R. at 398:23.)

2

Multiple miscellaneous substantive statements from DCPS' counsel and the Hearing Officer are similarly muddled beyond comprehensibility, for example:

> This is a Motion for Expedited Complaint and Hearing Notice all I one.
> \*\*\*
> I do think you ought to answer Mr. Tyrka's Complaint about the student suffering in this-Ms. Hamilton." (R. at 397.)

(R. at 382, 397.)

As the flaws in the existing transcription of the October 12, 2006 due process hearing seriously impair the comprehension of the parties' substantive statements, a replacement transcription is necessary.

The Plaintiff hopes that, given the circumstances, the Defendant will be able to produce a new transcript within a week or two, rather than the several weeks usually taken to file a record, so that the existing schedule may be only slightly extended.

Respectfully submitted,

/s/
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| YANA HAMILTON, )<br>      **Plaintiff,** )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>      **Defendant.** )<br>) | **Civil Action No. 07-0550 EGS** |

## ORDER

Upon consideration of the Plaintiff's Motion for a New Transcript, it is hereby:

**ORDERED**, that the Defendant shall file a new written transcription of the October 12, 2006 due process hearing on or before _____; and further

**ORDERED**, that the Plaintiff shall file her Motion for Summary Judgment within 21 days of the filing of the new transcript; and further:

**ORDERED,** that the Defendant shall file its Cross-motion and Opposition within 14 days of the filing of the Plaintiff's Motion; and further:

**ORDERED,** that the Plaintiff shall file her Opposition and Reply within 14 days thereafter, and further:

**ORDERED,** that the Defendant shall file its reply within 5 business days thereafter.

_____
Emmet G. Sullivan
United States District Judge

----- Original Message -----
From: Caspari, Amy (OAG)
To: 'Douglas Tyrka'
Sent: Wednesday, June 20, 2007 3:31 PM
Subject: Hamilton v DC

Dear Doug,

I did receive the supplemental transcript of the record today from SHO. I will file it in a minute. I attached a copy above of the transcript above ( I did not number the pages yet). I also attached a copy of the motion. Per our conversation yesterday, I added 30 days for your motion and etc etc. Please review. I am still working on the memo of points, explaining how DC did not submit the full record. I will send when done. However, I just wanted to show you the dates.

Amy


Amy Caspari

Assistant Attorney General

for the District of Columbia

Civil Division, Equity II

441 4th St., N.W., 6th Fl. N

Washington, D.C. 20001

202-724-7794 phone

202-727-6014 fax

CONFIDENTIALITY NOTICE

This message is being sent to you on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, priviledged or confidential or othrewise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

Exhibit 1

----- Original Message -----
**From:** Douglas Tyrka
**To:** Caspari, Amy (OAG)
**Sent:** Wednesday, June 20, 2007 5:04 PM
**Subject:** Re: Hamilton v DC

I looked over the transcript you just sent, and it's terrible, as many are these days. I don't know why, but while the OGC attorney is transcribed pretty well (except where he calls me a "bastard," which frankly I don't remember), the bulk of my alleged statements are nonsense. If you look it over, I think you'll agree that it needs to be re-done. The later parts, where I say more, contain the most problems - as I said, much of it is just seemingly random words.

I may have mentioned to you in another case that this is becoming a regular problem. Their transcription service is doing a terrible job. If you want the 30 days we orginally discussed to have the transcript re-run, I have no objection.

I haven't read the entirety of the other date - I'll try to put someone on it right now.

This electronic message transmission contains information from the law office of Douglas Tyrka which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone (202-332-0038) or by electronic mail (mail@tyrkalaw.com) immediately.

**Exhibit 2**

----- Original Message -----
From: Douglas Tyrka
To: Caspari, Amy (OAG)
Sent: Wednesday, June 20, 2007 5:26 PM
Subject: Hamilton consent motion

This is intended to briefly recount our recent discussions. On 6/19 we spoke about the fact that there were some seeming inconsistencies in the courts' scheduling and the fact that the existing record was incomplete because it did not include the transcript of the hearing of 10/12/06. We agreed that you would file a joint motion today to change the schedule to account for the problem with the record.

After our e-mails today, we spoke at approximately 5:15. You informed me that Ed was editing the motion, which I haven't seen yet, and you were headed home for personal reasons, and you asked if it was necessary that you file tonight, from home. I told you that it was not, and alerted you to the substantive problems with the 10/12/06 transcript, of which you were not yet aware.

This electronic message transmission contains information from the law office of Douglas Tyrka which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone (202-332-0038) or by electronic mail (mail@tyrkalaw.com) immediately.

**Exhibit 3**

From: Caspari, Amy (OAG)
To: 'Douglas Tyrka'
Sent: Thursday, June 21, 2007 9:14 AM
Subject: RE: Hamilton consent motion

Dear Doug,


Please let me know if you want me to change the joint motion to a "Defendant's motion."


Thank you.


*Amy Caspari*

Exhibit 4

**From:** Douglas Tyrka [mailto:tyrka@tyrkalaw.com]
**Sent:** Thursday, June 21, 2007 9:33 AM
**To:** Caspari, Amy (OAG)
**Subject:** Re: Hamilton consent motion

It's hard to say, b/c as I understand it, I haven't seen the full memo, just the motion with the timelines. Also, you have to review the transcript and decide if you want more time to have the transcript re-done. It may be safer and faster just to do it as D's consent motion, so I would be consenting to an extension to allow for the transcript addition, at a minimum.

I am very anxious that it get in soon, though - the timing may already annoy the judge.

This electronic message transmission contains information from the law office of Douglas Tyrka which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone (202-332-0038) or by electronic mail (mail@tyrkalaw.com) immediately.

Exhibit 5

----- Original Message -----
**From:** Caspari, Amy (OAG)
**To:** 'Douglas Tyrka'
**Sent:** Thursday, June 21, 2007 10:38 AM
**Subject:** RE: Hamilton consent motion

Dear Doug,

I would like to file this now. Attached is the memo. Please let me know definitely whether you consent or not and I will make appropriate changes.

Thank you.

*Amy Caspari*

**Exhibit 6**

**From:** Douglas Tyrka
**To:** Caspari, Amy (OAG)
**Sent:** Thursday, June 21, 2007 11:05 AM
**Subject:** Re: Hamilton consent motion

I consent, but please don't file it as joint.

However, it doesn't say anything about re-doing the transcript. Are you still considering that issue, or have you decided not to order it re-done. If you are not ordering it re-done, please let me no if you consent to a motion to order DCPS to re-do it.

---

This electronic message transmission contains information from the law office of Douglas Tyrka which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone (202-332-0038) or by electronic mail (mail@tyrkalaw.com) immediately.

**Exhibit 7**

----- Original Message -----
**From:** Caspari, Amy (OAG)
**To:** 'Douglas Tyrka'
**Sent:** Thursday, June 21, 2007 11:25 AM
**Subject:** RE: Hamilton consent motion

OK.


Thank you.


*Amy Caspari*

Exhibit 8

----- Original Message -----
From: Douglas Tyrka
To: Caspari, Amy (OAG)
Sent: Thursday, June 21, 2007 12:11 PM
Subject: Re: Hamilton consent motion

You haven't responded regarding the transcript issue. Please let me know. I have someone reviewing the 10/19 transcript right now for similar problems; I'll tell you the results this afternoon.

If I don't hear back from you soon, I'll interpret it as a statement that you are not going to order the transcripts re-done, and you do not consent to a motion to that effect.

---

This electronic message transmission contains information from the law office of Douglas Tyrka which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone (202-332-0038) or by electronic mail (mail@tyrkalaw.com) immediately.

Exhibit 9

----- Original Message -----
From: Caspari, Amy (OAG)
To: 'Douglas Tyrka'
Sent: Thursday, June 21, 2007 12:43 PM
Subject: RE: Hamilton consent motion

Dear Doug,

I read the transcript. I do not know what was said at the hearing since I was not there so I cannot opine as to those matters, otherwise, I don't see how it was not complete or how it was defective. Thus, I think you should proceed with any alleged transcript problems as you feel appropriate.

Thank you.

*Amy Caspari*

Exhibit 10