**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| YANA HAMILTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-550 (EGS) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of plaintiff's motion for a new transcript and defendant's response, it is by the Court hereby

**ORDERED** that defendant shall produce to plaintiff and the Court a new written transcript of the October 12, 2006 due process hearing by no later than **AUGUST 1, 2007;** and it is

**FURTHER ORDERED** that in view of the delay posed by a new transcript, plaintiff's dispositive motion is due no later than **AUGUST 15, 2007;** defendant's cross-motion and opposition is due no later than **AUGUST 29, 2007;** plaintiff's opposition and reply is due no later than **SEPTEMBER 12, 2007;** and defendant's reply is due no later than **SEPTEMBER 26, 2007.**

    **SO ORDERED.**


**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **July 18, 2007**