## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| | : | |
| YANA HAMILTON, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Civil Action No. 07-0550 (EGS)** |
| | : | |
| DISTRICT OF COLUMBIA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

_____

### DEFENDANT'S FURTHER SUPPLEMENTAL TRANSCRIPT

In response to this Court's July 18, 2007 Order, attached hereto is an amended transcript of the administrative hearing held on October 12, 2007.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794

August 1, 2007

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
STUDENT HEARING OFFICE

IN THE MATTER OF
J█████ H██████,
DATE OF BIRTH ████████, 1995

HEARING DATE: OCTOBER 12, 2006

TRANSCRIBED BY
LEGAL PERSONNEL, INC.   (301) 277-5711

<u>APPEARANCES</u>

HEARING OFFICER:                    HERBERT ST. CLAIR


ATTORNEY ADVISOR FOR
    DISTRICT OF COLUMBIA
    PUBLIC SCHOOLS                   MR. SAURABH GUPTA

ATTORNEY FOR PARENT                 DOUG TYRKA

PARENT OF J██████ H██████████      YANNAH HAMILTON

1    HEARING OFFICER:  This is the matter of J████ H████████,

2   born April 23, 1995.  This confidential Administrative Hearing

3   concerns the special education services being provided to J████

4   by the District of Columbia Public Schools.  Today is Thursday,

5   October 12, 2006.  It's after nine in the morning.  This Hearing

6   is authorized by Public Law No. 108-446; The Individuals With

7   Disabilities Education Improvement Act of 2004 and Title V of

8   the District of Columbia Municipal Regulations.  This Hearing is

9   conducted under the auspices of the District of Columbia Public

10   Schools Hearing Act referred to as DCPS.  We are in Hearing Room

11   Number 2.  This Hearing is confidential and will be closed to

12   the public unless you Ms. Hamilton expressly state that it

13   should be an open Hearing, a public Hearing.  This Hearing is

14   being recorded and either party may request a copy of the

15   recording or transcript by making a written request for both or

16   either to the Student Hearing Office, DCPS.  My name is Herbert

17   St. Clair.   I am the Hearing Officer. I'm going to ask everyone

18   here to please state his or her name. Let's begin with the

19   attorney advisor.

20    MR. GUPTA:  Saurabh Gupta, attorney advisor, D.C. Public

21   Schools.

22    MR. TYRKA:  Good Morning, Douglas Tyrka, counsel for the

23   parents.

375

1     MS. HAMILTON:  Good Morning Yannah Hamilton, mother of

2  J████ H██████.

3     HEARING OFFICER:  Mr. Tyrka, does Ms. Hamilton waive the

4  review of her rights?

5     MR. TYRKA:  Yes.

6     HEARING OFFICER: Okay. Now. Preliminary matters counselor?

7     MR. GUPTA: I have one.

8     MR. TYRKA:  Actually if I could just correct something…

9     HEARING OFFICER:  Yes.

10    MR. TYRKA:  that I gave you misinformation I don't know if

11  we are on the record or not.

12    HEARING OFFICER:  We are on the record.

13    MR. TYRKA:  Earlier you asked the child's home school which

14  we gave you correctly. You then asked where the child was

15  attending?

16    HEARING OFFICER: Yes.

17    MR. TYRKA: Last the child is unattending on uh September

18  22nd. The parent enrolled him at the local school at Birney.

19    HEARING OFFICER: Okay.

20    MR. TYRKA:  But no placement has been made.

21    HEARING OFFICER:  I understand. No special education

22  placement has been made?

23    MR. TYRKA:  Correct.

1    HEARING OFFICER:  Okay.  All right.  The record is

2    corrected.  Uh any preliminary matters counsel?

3    MR. GUPTA:  I'd like reaffirm my motion for insufficiency

4    uh of the Complaint here.  The first time DCPS learned of this

5    Complaint was when this expedited Complaint was uh sent to us.

6    For you that sir is DCPS one (1).

7    HEARING OFFICER:  Mmm

8    MR. GUPTA:  If you uh just flip through that and see one

9    (1) has no birthday, no parent/guardian, no address, no uh.  The

10   only thing we know about this student is his name and that at

11   one time he attended KIPP.  This motion was denied by Mr. Smith

12   because uh my Motion for Insufficiency was denied by Mr. Smith

13   because counsel stated he never filed a motion on the 14th.  But

14   at if you turn to about the third or fourth page --.

15   HEARING OFFICER: Wait a minute - what am I supposed to do

16   with Mr. Smith's Order.

17   MR. GUPTA:  I'm making a Motion for Insufficiency and

18   surprise on DCPS now reasserting that because Mr. Smith.

19   HEARING OFFICER: Did you allege anything?  Go ahead.

20   Excuse me.

21   MR. GUPTA:  I alleged everything I just told you. I'm just

22   giving you the history.  Mr. Smith denied it on the basis that

23   counsel's answer was he never filed such a motion on September

1   14th.

2        HEARING OFFICER: Let me see it. Where is it at?

3        MR. GUPTA:  DCPS uh counsel's answer is…

4        MR. TYRKA:  …never called a Complaint..

5        MR. GUPTA:  DCPS 03.

6        MR. TYRKA:  …never called a Complaint..

7        HEARING OFFICER: Okay. Just a minute.

8        MR. GUPTA:  So Mr. Smith's--.

9        HEARING OFFICER:  Just a minute.

10       MR. GUPTA:  Okay.

11       HEARING OFFICER: All right.  Okay.

12       MR. GUPTA:  Can…

13       HEARING OFFICER:  Just a minute.

14       MR. GUPTA:  Just let me know when you are ready for me to

15  continue.

16       HEARING OFFICER:  Yes.  Give me a chance.

17       HEARING OFFICER:  Go ahead.

18       MR. GUPTA:  And, so, I guess where I left off was, Mr.

19  Smith denied the motion on the basis of that uh his answer was

20  he never filed a Complaint on September 14th. If you look at the

21  dating and everything, it was filed on the 14th.

22       HEARING OFFICER:  What was filed on the 14th?

23       MR. GUPTA:  His expedited motion was filed on the 14th.

378

1      HEARING OFFICER:  Are you talking about the Motion for an

2  Expedited Hearing?

3      MR. GUPTA:  This is the only thing that DCPS has ever

4  gotten.  We haven't gotten any motion - - any Complaint notices

5  or anything.  This is the only thing we have.

6      HEARING OFFICER:  Just a minute.

7      MR. GUPTA:  Just one page back.

8      HEARING OFFICER:  Just a minute.

9      MR. GUPTA:  One page back.

10     HEARING OFFICER:  Just a minute.  I have a Complaint in

11  here dated August 23rd.  I am assuming that the Motion was filed

12  pursuant to this Complaint, Mr. Tyrka?

13     MR. TYRKA:  Correct and the third paragraph the Motion is

14  identified as that.  It specifically states that the Complaint

15  was filed on August 23rd.

16     G HEARING OFFICER:  Yes.

17     MR. GUPTA:  I am not in receipt of that Complaint.  And—

18     HEARING OFFICER:  Let me just say this.

19     MR. GUPTA:  He also states that the Complaint was lost by

20  the Student Hearing Office or his uh  Hearing Request was.

21  Irregardless, today is the first day I found about what the

22  child's actual birth date is. Even on his disclosures, the child

23  is listed as born in 2005.  According to this disclosure, this

379

1    child in ten months old.

2        HEARING OFFICER:  I'm sorry what did you say?

3        MR. GUPTA:  According to his disclosures, the child is ten

4    months old; he was born on December 8, 2005.

5        HEARING OFFICER:  Okay.  I'm not concerned about that date

6    on the disclosure.  I am concerned - is the date — that I notice

7    that the date on the Complaint is incorrect.

8        MR. TYRKA: That's correct.  No notice of insufficiency was

9    ever filed regarding this Complaint.  It is a very clear

10   procedure obviously.

11       HEARING OFFICER:  I understand that.

12       MR. GUPTA:  That bastard is a very creative lawyer.

13       HEARING OFFICER:  Just a minute. I want - don't opinionate.

14   What are you proposing Mr. Gupta?

15       MR. GUPTA:  I'm proposing that you move this to the regular

16   schedule, give us time to be on notice.  I'm not asking you to

17   dismiss this case. I asking you to remove the expedited Hearing

18   motion and put it back on the regular calendar.

19       HEARING OFFICER:  Who put it on the expedited calendar?

20       MR. TYRKA:  Mr. Smith.

21       HEARING OFFICER:  Mr. Smith?

22       MR. TYRKA:  It is in our disclosures.

23       HEARING OFFICER:  Well, just let me say this.

1      Mr. TYRKA:  Well I am assuming it's Mr. Smith. But usually

2  what we get is just--.

3      HEARING OFFICER:  Go ahead.

4      MR. TYRKA:  Sometimes what we get is what we got in this

5  case, is just a Hearing notice that says Expedited Hearing as

6  this one does. So I believe that the proper procedure is that

7  Mr. Smith has to rule on the Motions for that to have to happen.

8      HEARING OFFICER:  Do you have a meritorious defense Mr.

9  Gupta?

10     MR. GUPTA:  To?

11     HEARING OFFICER:  To the allegation that the child, that

12  DCPS is in violation of the HOD?

13     MR. GUPTA:  I don't even know what the charges here are.

14     HEARING OFFICER:  Okay.  I'll tell you what.

15     MR. TYRKA:  I think he wants a response.

16     HEARING OFFICER:  Go ahead. Well just let me say this

17  first.  When you got this Motion for uh a Expedited Hearing, and

18  you filed uh your reply to that was Deficiency to the Complaint

19  right?

20     MR. GUPTA:  Yes I…because this is the only thing that's

21  come across my desk and so I assume this was the Complaint. This

22  is a Motion for Expedited Complaint and Hearing Notice all in

23  one.

1      HEARING OFFICER:  Does it mention in there that the

2  Complaint was filed.

3      MR. GUPTA:  Like I said sir I…

4      HEARING OFFICER:  It says August 23rd the petitioner filed a

5  Due Process Complaint.  That's the third paragraph in the

6  Motion.

7      MR. GUPTA:  Yeah it also goes on to say, is hard to read

8  because some of the…

9      HEARING OFFICER:  I understand.  I understand. Go ahead.

10  Do the best you can.

11      MR. TYRKA:  There is a better copy in our disclosure.

12      HEARING OFFICER:  We're fine. I think I can make this out.

13  You want me to read it.  I can read it.  "On August 29th…" My

14  copy…read this… I'll tell you what. You have a better copy.

15      MR. TYRKA:  If it helps yeah…

16      MR. GUPTA:  Basically…

17      MR. TYRKA:  Number 7 in our disclosure is a uh…

18      MR. GUPTA:  Basically one, two, three, four…

19      HEARING OFFICER:  I'll tell you what.

20      MR. GUPTA:  On the fourth paragraph starting with August

21  29th, he implies that the um that uh the request for the - to

22  determine placement and all that has been lost and what not. So

23  we don't know…I don't know…

382

1        HEARING OFFICER:  Just a minute, let me read it.

2        MR. GUPTA:  Okay.

3        HEARING OFFICER:  All right.  Now wait a minute.  It says

4    on August 29th, it doesn't say that the Complaint has been lost.

5        MR. GUPTA:  No. But there is also no, there is no exhibits

6    with this and I am not willing to take counsel on what's written

7    here because he's…in this Motion he didn't present any exhibits

8    for - with.  Like, one the initial Complaint, two the Motion

9    he's filing.  I have no proof that all of this actually

10   happened.

11       HEARING OFFICER:  Well…but…

12       MR. GUPTA:  Until the disclosures were given to me three

13   days ago.

14       MR. TYRKA:  Not only is it in the record, but I do have

15   attached to my disclosures, the fax confirmation in our

16   Complaint, I also have the original scheduling memorandum in

17   this case, which specifically comes from the SHO and our

18   disclosure were…

19       MR. GUPTA: It wasn't...

20       MR. TYRKA:  Which if I may? Which specifically identifies

21   the Complaint dated August 23rd.

22       MR. GUPTA:  But it wasn't with this motion.

23       HEARING OFFICER:  Just a minute.  Just a minute. Just a

1    minute.  You did not receive the Complaint; I am going to accept

2    that as truthful.  You are an officer of the Court Mr. Gupta.

3    Of course the Student Hearing Office has a copy.  Your procedure

4    is to file a copy with the Student Hearing Office and the Office

5    of General Counsel.

6        MR. TYRKA:  No. The procedure is to always to file it only

7    with the Student Hearing Office.

8        HEARING OFFICER:  And they deliver a copy?

9        MR. TYRKA: And they deliver a copy because technically uh

10   DC OGC does not technically represent them until they/it has

11   been filed, so.

12       HEARING OFFICER:  Ahhh. Ahhhh.

13       MR. GUPTA:  I'm not alleging that the Complaint wasn't

14   filed; I am alleging that I was never on notice. I never

15   received the Complaint and because that I…

16       HEARING OFFICER:  Whose fault is that?

17       MR. GUPTA:  I don't… I'm not here to blame fault; I'm just

18   here to say that we're not on notice.

19       HEARING OFFICER:  I understand that.

20       Mr. TYRKA:  There is a witness if I may --.

21       HEARING OFFICER:  Just a minute.

22       MR. TYRKA:  When the Hearing Officer is inclined, that is

23   all I'm asking.

1       HEARING OFFICER:  Fine.

2       MR. GUPTA:  I mean additionally the only time I even – the

3  first time I saw the Complaint was in the disclosure, and now

4  that I mention it, even in the disclosure, the birthday is wrong

5  and in the Complaint the birthday is wrong.

6       HEARING OFFICER:  Look.

7       MR. GUPTA:  I'm just saying this, I feel this is a very

8  messy situation, doesn't need to be an Expedited Hearing.  I not

9  asking to dismiss the case, I just asking you to put in on the

10  regular docket.

11       HEARING OFFICER:  When did Mr. Smith deny your Motion to

12  Strike uh the Motion for Expedited Hearing?

13       MR. GUPTA:  I received it yesterday.

14       HEARING OFFICER:  What's the date on it?

15       MR. GUPTA:  It was signed - - it was issued on 10/10.

16       MR. TYRKA:  There is a denial of the --.

17       HEARING OFFICER:  Go ahead.

18       MR. TYRKA:  Insufficiency.  That's what it is, I believe.

19  I haven't even seen it.

20       MR. TYRKA: I saw that the Order has been filed by opposing

21  counsel, cause he has an insufficiency notice.

22       HEARING OFFICER:  What he denied here was the…he denied

23  here the Motion for Insufficiency.

1    MR. TYRKA:  Yeah…

2    HEARING OFFICER:    In other words this Motion to Strike

3    the Expedited Hearing has not been ruled on.

4    MR. GUPTA:  No. That's what I'm making…I am making that

5    now because he denied my insufficiency based on counsel's

6    assertion that nothing was filed on the 14th.

7    MR. TYRKA:  While the assertion was in, the Complaint was

8    filed.

9    HEARING OFFICER:  Just a minute. Just a minute.  The Notice

10   of Insufficiency, although it was filed on September 28th, and it

11   was denied on October 10th, what's that about twelve days?

12   MR. GUPTA:  Yeah. September has thirty days.

13   HEARING OFFICER:  And ahh--- you filed this.  Let me get my

14   calendar out.  I can't keep all of this in my head.  Okay we

15   filed this thing on August 20th.  The Complaint was filed on

16   August the 23rd.

17   MR. GUPTA:  Correct.

18   HEARING OFFICER:  You filed your Motion for Expedited

19   Hearing when?

20   MR. TYRKA:  There was a motion filed before that, just --.

21   HEARING OFFICER:  What motion was filed before that?

22   MR. TYRKA:  There was a Stay Put motion.

23   HEARING OFFICER:  Filed? When?

386

1       MR. TYRKA:  On August 29th.

2       HEARING OFFICER:  What happened to that?

3       MR. TYRKA: Nothing.  As is explained in the Motion for the

4  Expedited, we got no response to that.

5       HEARING OFFICER:  When was the Motion for Expedited?

6       MR. TYRKA:  For expedited is on September 14th.  And the

7  reason we filed the Motion for an Expedited is because we got no

8  response to our Stay Put motion.

9       HEARING OFFICER:  When was the next motion?

10       MR. TYRKA:  That was the end of our motions.  Then counsel

11  filed the Insufficiency Notice.

12       HEARING OFFICER:  When?

13       MR. TYRKA:  Which referred to a Complaint filed on

14  September 14th and that was filed actually I don't recall.

15  Counsel may be able to tell us.

16       HEARING OFFICER:  The Sufficiency Notice was filed when?

17       MR. GUPTA:  Insufficiency was filed I believe on the 28th?

18  Let me make sure.

19       HEARING OFFICER:  The 28th of what?

20       MR. GUPTA: September.  Yes, 28th of September.

21       HEARING OFFICER:  All right, Insufficiency.

22       MR. TYRKA:  And we filed our response to that--.

23       HEARING OFFICER:  Wait a minute.  The Notice of

1    Insufficiency was filed against the Complaint or was it filed

2    against the Motion for Expedited Hearing.

3        HEARING OFFICER:  It's against the Complaint?

4        MR. GUPTA: No, against the Motion.  The 14th?

5        MR. TYRKA:  He refers to the Complaint filed on September

6    14th, but there was no such Complaint, so in was presumably in

7    response to the Expedited Hearing Motion.

8        HEARING OFFICER:  Oh I understand.  All right.  Okay.  Okay.

9    What's the next one?

10       MR. TYRKA:  Our response to the Notice of Insufficiency was

11   filed on September 28th.

12       HEARING OFFICER:  Wait a minute.  I thought the Notice of

13   Insufficiency was filed on the 28th; it was filed on the same

14   day?

15       MR. TYRKA:  We do our best.

16       HEARING OFFICER:  Okay. Pretty good.

17       MR. TYKRA:  It was a very short response, so it was not --.

18       HEARING OFFICER: Just a minute. Now what is the next thing?

19   MR. TYRKA:  The next thing I guess is this Order, which I was

20   not even aware of.  Excuse me the next thing is probably the

21   Hearing Notice, which is September 8th.

22       HEARING OFFICER:  September what?

23       MR. TYRKA:  Actually that's right! The Hearing Notice --.

1    Excuse me we sKIPPed something.    September 18th is when we get

2    the Expedited Hearing Notice.

3        HEARING OFFICER:  So they grant the Expedited Hearing

4    Notice.

5        MR. TYRKA:  That is actually before --.

6        HEARING OFFICER:  They granted Expedited Hearing --.

7        MR. TYRKA:  Right. And that is on September 18th.

8        HEARING OFFICER:  Did they give you a date?

9        MR. TYRKA:  Yes.

10       HEARING OFFICER:  What's the date they give you?

11       MR. TYRKA:  Today.

12       HEARING OFFICER:  October 12th.  Okay, now.  So they granted

13   the Expedited Hearing before you filed the Insufficiency

14   Complaint and then the reply?  Okay, now what's the next one?

15       MR. TYRKA:  That would be Mr. Smith's order I guess. Which

16   is…

17       HEARING OFFICER:  Denying the Insufficiency and that was

18   when, October what? No, when was that?

19       MR. GUPTA: Ahhh 10/10.

20       HEARING OFFICER:  A couple of days ago.

21       MR. GUPTA: Yeah.

22       HEARING OFFICER:  A couple of days ago. Uh insufficiency

23   denied.

1      MR. GUPTA: Can I add something else when you're ready?

2      HEARING OFFICER:  Yeah.

3      MR. GUPTA:  On 9/29, the day after I filed my motion --.

4      HEARING OFFICER:  Yeah.

5      MR. GUPTA: I called counsel's office to get this cleared up

6  to figure out things, to see I could - to see what was going on.

7  I spoke to a lady named Camille.  She was completely unaware. I

8  said would it help if I filed you the Motion and everything that

9  I have and I did.  I don't know if I have the fax confirmation,

10  but I do have my fax cover sheet - Yeah -- now I have the fax

11  confirmation.

12      MR. TYRKA:  We received it on the 28th — there's no.

13      MR. GUPTA:  No.  I'm not.  I'm not.  I'm asking - I'm

14  saying in the interest of, let's get this on.  Okay let me just

15  work this out.  Blah..Blah.. Blah. . with counsel's office.  And

16  counsel's office never returned my calls. Never even tried to..

17      HEARING OFFICER:  Okay. Okay.

18      MR. GUPTA: fix the situation. I'm just saying in the

19  interest of fair play, it doesn't seem like the game was fair.

20      HEARING OFFICER:  Okay, let me see.  Twenty-three, that's

21  two thirty-five, plus seventy-five, two ten right? Now that's

22  two-ten.  Now two-ten.  No! That's three-ten.  That's three-

23  ten.  Three-ten.  The seventy-fifth day is November 6th.

390

1    MR. TYRKA:  I don't believe that is correct.  Oh, maybe it

2    is!

3    HEARING OFFICER:  I just calculated it.  I got this

4    calendar because the days are numbered. See this?

5    MR. TYRKA:  Ahhhhhhhh.

6    HEARING OFFICER: That's why I got this calendar.  See that.

7    MR. TYRKA:  Ahhhhhhh. Interesting.

8    HEARING OFFICER:  So I just added seventy-five to August

9    23rd, was the 235th day of the year.  So seventy-five added to

10   that is three-ten. And three-ten comes up to three hundred and

11   tenth day in the year is November 6th.  So we're at um…I tell you

12   what, my inclination is to get to the merits.  All the

13   disclosure made in this matter?

14   MR. TYRKA:  I'm sorry what's the question?

15   HEARING OFFICER:  Your disclosure is complete?

16   MR. TYRKA:  Yes. Absolutely yes.

17   HEARING OFFICER:  How many days do you need Mr. Gupta?

18   MR. GUPTA: I need a minimum of a week. So this time next

19   week is fine with me.

20   MR. TYRKA:  I haven't had my chance to respond?

21   HEARING OFFICER:  All right.  He's asking for a continuance

22   to the seventeenth.  Go ahead.

23   MR. TYRKA:  The ahhh.  The Complaint was filed on the

391

1    twenty-third.

2        HEARING OFFICER:  Right.

3        MR. TYRKA:  A scheduling memorandum went out.  Now is it

4    possible that - I mean there were fax confirmations.  So I'm

5    asking contested at all, but it got here successfully that the

6    Student Office dealt with it as a successfully received

7    Complaint.  Now if there was some problem with the Student

8    Hearing Office getting it to OGC…that is of course possible; I

9    say this is unlikely because they do this all the time.  What I

10   see is far more likely is that because OGC's own staffing issues

11   they had a problem getting the Complaint to the right person's

12   hands, which we know has happened before.  And, while I am

13   sympathetic to the situation of the particular attorney who sits

14   across the table at any time we are in the situation, I very

15   sympathetic to that.  That does not change the fact that the

16   parent is not responsible for the disorganization within OGC.

17   And if they can't get a paralegal who can put stuff in the right

18   mailbox, it is not the parent's fault.  The second thing is -

19   that's on the 23rd.  The Scheduling Memorandum is on the 24th.  We

20   then have a Stay Put Motion on the 29th.  Now here is a second

21   Notice that a Complaint exists.  And that's our disclosure

22   number six.  And specifically addresses the day of the Complaint

23   and everything.  So, I would hope that upon receiving that,

1    whoever received at OGC would say, hey wait a second, we don't

2    even have this Complaint.  Either it is coming back or this is

3    no good. DCPS never responded to that Stay Put Motion.  Now, we

4    never got a ruling on that.  So we do a Motion for Expedited

5    Hearing on September 14th.  Now as the Hearing Officer was just

6    reviewing, in the third paragraph of that Motion it says, "A

7    Complaint was filed on August 23rd."  Now, we don't have

8    opposition to that Motion, instead we get - two things happen.

9    One I get a phone call from the school, one to schedule a

10   Resolution Meeting for the Complaint.  And I explain to the

11   person that I spoke to at the school there is no Complaint on

12   September 14th, but what there is a Motion.  The next thing we

13   get is a scheduling of the Expedited Hearing Notice, and then

14   this response.  I mean, what we have at this point is we have

15   the original Complaint, we have the Motion to Stay Put, both of

16   which notified DCPS of the Complaint date and the issues and

17   then we have the Expedited Hearing, which clearly states the day

18   of the Complaint.  I mean confusion is confusion I am not

19   looking to beat anybody up but I don't know why the parent

20   should be at all prejudiced.  Because the parent has been

21   completely clear about everything.  So I mean the Expedited

22   Hearing Notice on September 18th, which again, refers to a

23   Complaint.  It specifically says it on there, a Complaint filed

393

1   on August 23rd. I mean there is Notice after Notice after Notice.

2   And then we have my response to the issue of the Sufficiency of

3   this supposed Complaint saying we never filed a Complaint on

4   that date.  So I think DCPS has had numerous, numerous notices

5   of what is going on.  The last of which, as counsel has

6   acknowledged is our in fact our disclosure packet, which has all

7   the documents that we're going to use, including the Complaint,

8   including all these other Motions and had there been, some – and

9   DCPS wakes up and says this is a total mess.  DCPS goes and

10  shows up today with a pack of disclosures and makes it available

11  and says, you know what, I know the disclosures are late, here's

12  why I am confused, and I highly doubt that the Hearing Office

13  would disallow these documents, at least an attempt should have

14  been made.  But no attempt was made.  Instead, all is being put

15  on the parent.  There is a reason that the Expedited Hearing was

16  requested. We filed a Stay Put because this child was in KIPP.

17  KIPP is a Charter School.  KIPP booed out J██████.  You said you

18  can't come back anymore.  DCPS has not provided a replacement.

19  Every notice needs a full-time placement.

20      HEARING OFFICER:  When was he expelled from KIPP?

21      MR. TYRKA:  Expelled. It occurred in August.

22      HEARING OFFICER:  They suspended him?

23      MR. TYRKA:  Well no. They pulled DCPS in, said.

394

1    HEARING OFFICER:  I'm not understanding you.

2    MR. TYRKA:  Well what the charter school has to do when

3    they think the child - when they can't service the child

4    anymore, they call DCPS and say bring him to a meeting.  They

5    have the meeting pursuant to the HOD.  No placement is

6    determined, but KIPP says, we've done everything we have to do.

7    He can't come back.  All this is in our documents.  Okay, the

8    parent cannot, she cannot re-enroll J█████ at the school year.

9    So he had no school.  That's why we filed our Stay Put.  Which

10   we never get a ruling on unfortunately, and that's why we file

11   our Expedited Hearing Request, which was granted.  Now I do want

12   to point out that all of this is based on the HOD that came from

13   this Hearing Officer on July 10th, which is our number three.

14   And what that HOD makes very clear, was that at that point on

15   July 10th, 06, DCPS was in violation, had not…well, let me

16   rephrase.  DCPS had given the child the appropriate placement,

17   but the HOD says, however, it's summertime, there is not ESY

18   occurring IEP, therefore I'm not going to say that there in

19   violation in not having placement right how. However, they

20   better get placement.  So the entire point of the HOD was okay,

21   they dodge the bullet here, but they better do a placement

22   before the end of the summer, because this child needs a

23   placement for the beginning of the school year.  That's our

395

1   number three.  So for that reason, I don't think there should be

2   any further delay in this.  I don't think there has been any

3   unfairness in this whatsoever to DCPS because they have had

4   multiple notices of the Complaint and the issues.

5       MR. GUPTA: My response to that in the interest was in fair

6   play then, when I called their office the day after I received

7   this –

8       HEARING OFFICER:  Just a minute Mr. Gupta.  Here is what I

9   want you to do.  All right, I want you to go downstairs to find

10  out if this meeting took place.

11      MR. TYRKA:  The meeting took place.

12      HEARING OFFICER:  It did?

13      MR. TYRKA:  Yes. We have the notes.  And that is in our

14  Complaint.  The meeting took place, all that happened was they

15  showed up without any kind of placement. On the spot, they pick

16  up the phone, called down to whatever it's called, the placement

17  lady, I don't know what it is called.

18      HEARING OFFICER:  All right.  What DCPS's -- what we have

19  here is that the meeting did take and an IEP was continued and

20  Notice of Placement was issued?

21      MR. TYRKA:  We don't have a valid Notice of Placement.

22      HEARING OFFICER:  But they issued a Notice of Placement?

23  What they thought was valid?

396

1      MR. TYRKA:  Well not really. They didn't issue it at the

2   meeting.  Later, we got two conflicting Notice of Placement.

3   For two completely different schools.

4      HEARING OFFICER:  Okay, so what I think what we have here

5   is that DCPS has something on the table on the table that they

6   consider FAPE.

7      MR. TYRKA:   They may make that--.

8      HEARING OFFICER:  Okay.

9      MR. TYRKA:  But we can also see in the notes, I mean, we

10  can see in the notes that they did not they said at the meeting,

11  that the proposed school, Taft could not um I mean, I'll read

12  from the notes.

13     HEARING OFFICER:  Tell you what, stop.

14     MR. TYRKA:  Sure.

15     HEARING OFFICER:  Here is what I'm going - Mr. Gupta.  I do

16  you think you ought to answer Mr. Tyrka's Complaint about the

17  student suffering in this—Ms. Hamilton.

18     MR. GUPTA: I agree - I mean I agree that is a concern here.

19  But, for one the student wasn't even attending til 9/22, which

20  is what almost a month after school started.  And if the concern

21  was that high then you're in the middle of litigation and you

22  know you're not getting your Stay Put right now, then at least

23  enroll the student somewhere, yes.  That might not be um he

397

1    might not be getting the services his IEP calls for there, not

2    everything is perfect, but at least he is attending school. And

3    to now – and then to finally enroll him a month later, I mean,

4    how much of a concern was it then?

5        MR. TYRKA:  Full-time IEP.

6        HEARING OFFICER:  Just a minute.

7        MR. GUPTA: And also counsel is well aware that there are

8    regulations of protection for the parent, when the LEA is non-

9    compliant and they can enroll him at the - - excuse me – parent

10   can make a unilateral placement and then seek the refund from

11   the LEA.

12       MR. TYRKA:  If parent had the money she would have.

13       HEARING OFFICER:  There is an IEP on the table that post-

14   dates my HOD.

15       MR. TYRKA:  Correct.

16       HEARING OFFICER:  I think DCPS should have an opportunity

17   to establish FAPE.  Seeing how they have an IEP on the table.

18   I'm going to continue this, for ten days.  As soon as I can.

19   Ms. Hamilton I am going to try to get to this as quick as I can,

20   but DCPS has an IEP on the table and I think I should give them

21   an opportunity to establish this as FAPE.  Mr. Tyrka, will tell

22   you as a Hearing Officer, I like to get to the merits.  I don't

23   like um disposing of these matters on legal technicalities.  I

398

1    don't like doing that. Go ahead.

2    　　　MR. TYRKA:  We haven't addressed my pre-Hearing motion.

3    　　　HEARING OFFICER:  Go ahead.

4    　　　MR. TYRKA:  Which is a default, based on DCPS's failure to

5    issue a response in this case.

6    　　　HEARING OFFICER:  Okay.

7    　　　MR. TYRKA:  And that is a response to the August 23rd

8    Complaint, that is a response to the supposed Complaint from

9    September 14th, there is no response whatsoever. And as we are

10   all aware, the Hearing Officer has been arranged of decisions,

11   not going to Hearing Officers since the law changed regarding

12   the impact of the failure to issue a response.

13   　　　HEARING OFFICER:  HmmmHmm.

14   　　　MR. TYRKA:  However, there's also been a shift amongst some

15   of the Hearing Officers since the change in the burden of proof.

16   And that shift has been granted default where they were not

17   granted in the past.  With this Hearing Officer in particular,

18   if I may, this Hearing Officer has specifically issued DCPS

19   warnings that the absence of response will no longer be

20   tolerated. And there has been no response whatsoever in this

21   complaint. Or any attempt at a response in the compliance of 14,

22   15, --.  The Hearing Officer knows my arguments in this regard,

23   but I'll just refer to Massey v DC, 400 F. Supp. 2d 66 which

399

1    establishes that DCPS does not have any give in serving

2    response, it has to do it, it has to serve a response to the

3    compliance with 14, 15 it hasn't been done, there has been no

4    attempt to do it here.

5        HEARING OFFICER:  Okay, I'll tell you what I'm going to do.

6    I'm going to grant the continuance.  What I'm going to do is to

7    consider your Motion for Default.  And if I decide to rule it,

8    what I'll do is issue an Order awarding ah finding for Ms.

9    Hamilton and then we'll take education benefit Hamilton sir. I

10   mean to Rock Creek Academy.

11       STUDENT HEARING OFFICE: Student Hearing Office

12       HEARING OFFICER: Yes, Ms. Newsome please?

13       STUDENT HEARING OFFICE: Hold please.

14       HEARING OFFICER: Thank you.

15       Ms. NEWSOME:  Student Hearing Office.

16       HEARING OFFICER:  Hi Ms. Newsome.  This is Herbert St.

17   Clair.  We are on the record in the J▇▇▇▇ H▇▇▇▇▇ file.

18   J▇▇▇ H▇▇▇▇▇ Hearing.  What I want to do is to get a

19   continuance of not more than seven business days is that's

20   possible.

21       MS. NEWSOME: That may not be possible.

22       HEARING OFFICER:  How soon can you do it? Otherwise, I'll

23   just have to come in on a Monday.

400

1        MS. NEWSOME:  Hold on one second.

2        HEARING OFFICER:  This is Mr. Gupta and Mr. Tyrka.

3        MR. GUPTA:  I think she put you on hold.

4        HEARING OFFICER:  Oh.

5        MS. NEUSOME:  Mr. St. Clair who is the OGC attorney?

6        HEARING OFFICER:  Mr. Gupta.

7        MS. NEWSOME: Hold one moment.

8        HEARING OFFICER:  I think Mr. Gupta would be willing to

9   shift his other cases. Right Mr. Gupta?

10       MR. GUPTA: I would if... I mean that I get approval from

11  opposing counsel.

12       HEARING OFFICER:  Yes.

13       MR. GUPTA: From opposing counsel.

14       HEARING OFFICER:  Yes.  Mr. Gupta will shift.  If you can

15  do it because I know you schedule cases.

16       MR. GUPTA: I think you are on hold again.

17       HEARING OFFICER:  Oh.

18       MR. GUPTA:  She doesn't say it very loudly when tells –

19  when she says hold on.

20       HEARING OFFICER:  Yeah.  Yeah.  Did she say it?

21       MR. GUPTA: Yeah.

22       HEARING OFFICER:  Did you hear it?

23       MR. TYRKA:  I did.

1     HEARING OFFICER:  I didn't. I didn't hear it.  Thinking my

2  ears are failing along with other parts.

3     MR. TYRKA:  She said hold on, is that what she said?

4     MR. GUPTA: Yeah, that's it.

5     MR. TYRKA:  Did you lose your digital?

6     HEARING OFFICER:  No, left it. Left it at my house.

7     MS. NEWSOME: The earliest date I have is November the 8th on

8  Wednesday at 3 p.m.

9     MR. GUPTA: Ms. Newsome?

10     MS. NEWSOME:  HmmmHmm.

11     MR. GUPTA:  In ahhh in the light of the urgency and my

12  belief in fairness, you, if you can find an open date within

13  seven business day, OGC, will find a way to cover the case. It

14  doesn't have to be me that try this case.

15     MS. NEWSOME:  Okay. Hold on.  How about October the 19th at

16  one?

17     HEARING OFFICER:  That sounds good.  One p.m., J██████

18  H████████.

19     MR. GUPTA: Is that a Tuesday?

20     MS. NEWSOME:  Thursday.

21     MR. GUPTA:  Thursday.

22     MR. TYRKA:  I can't guarantee that Ms. Hamilton will be

23  here, she works and that is a short notice for her.

1        MS. HAMILTON: I can do it over the phone.

2        HEARING OFFICER:  I'm sorry Ms. Hamilton.

3        MR. TYRKA:  She may be available by phone.

4        HEARING OFFICER:  All right.  Okay here is what I am going

5    to do.

6        MS. NEWSOME:  Are you through with me?

7        HEARING OFFICER:  Yes M'ame.  I want to make sure that the

8    Hearing for J██████ H████████ is going to continue at 1 p.m.

9    Thursday, October 19th, 2006.  Correct.

10       MS. NEWSOME: Yes.

11       HEARING OFFICER:  Thank you M'ame.

12       MS. NEWSOME: You're welcome.

13       HEARING OFFICER:  Okay.  I'm guess -.  I'm going to check

14   your representation Mr. Gupta as an Officer of the Court, that

15   you did not get the Complaint. I mean, and let me just say this

16   because.  Well - ahhh.  This matter is continued until then.

17   I'm going to get this out as quickly as I can after that Ms.

18   Hamilton, a decision.  I am going to move this my other - move

19   this decision up before others if I can do it, within the

20   seventy-five days time left.  Okay.

21       MR. GUPTA: One question is, obviously I'm going to be

22   making - needing disclosures and having a witness list.

23       HEARING OFFICER:  Yes.  I'm going to waive that - Mr.

403

1   Tyrka, you willing to waive that.

2        MR. TYRKA:  I'm opposed to the whole thing, as I understand

3   it. (laughter).

4        HEARING OFFICER:  I'm going to alter the disclosure. I am

5   going to give you til the close of business, this Monday.

6        MR. GUPTA: This Monday.  Can you give me that date please?

7        HEARING OFFICER:  Yes, the sixteenth, 4 p.m., disclosures.

8        MR. GUPTA: Thank you sir.

9        HEARING OFFICER:  So I am going to expect you to produce if

10  Mr. Tyrka asks, I want you to call him and make sure he has

11  received it.  Just don't rely on the fax receipt. Call his

12  office and make sure he's received it.  All right, have I tied

13  up all the loose ends?

14       MR. TYRKA:  Yes, I do want to, or did the Hearing Officer

15  mention seventy-five, I do want the Hearing Officer – that

16  because this was expedited, and the (inaudible) was granted at

17  time on it is much higher than that.

18       HEARING OFFICER:  What is it?

19       MR. TYRKA:  And that's 05, (inaudible) and the by now the

20  federal regs which kick on the 14th I believe, October 14th.  I

21  can't tell you off what it is.  I know it's significantly

22  tighter than the seventy-five.

23       HEARING OFFICER: Okay. All right.

1        MR. TYRKA:  We might want to look at that before the next

2    time we come in.

3        HEARING OFFICER:  Yes, that's correct, but I'm thinking

4    that because regulations have not come into effect.  Okay thank

5    you for the heads up sir.  Anything father?

6        MR. TYRKA:  No thanks.

7        MR. GUPTA: No thanks.