Case 1:07-cv-00550-EGS    Document 14    Filed 08/06/2007    Page 1 of 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| YANA HAMILTON, ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 07-550 |
| v. ) | EGS |
| ) | |
| DISTRICT OF COLUMBIA ) | |
|     Defendant. ) | |

**CONSENT MOTION TO WITHDRAW AS COUNSEL AND FOR CONTINUANCE**

In accordance with Rule 7(b) of the Federal Rules of Civil Procedure, and pursuant to Local Civil Rule 83.6(c), Douglas Tyrka, attorney of record for Plaintiff Yana Hamilton, moves for leave to withdraw as counsel. Plaintiff's counsel has been unable cooperation from Ms. Hamilton necessary to proceed with this case.

For that reason, and for the reasons presented in the attached Memorandum, Plaintiff's counsel respectfully requests leave to withdraw, and a 30-day extension of the current filing deadlines to allow Ms. Hamilton to obtain new counsel.

The Defendant, through counsel, has consented to this Motion.

Respectfully submitted,

/s/
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANA HAMILTON,<br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>      Defendant. | )<br>)<br>)<br>)  Civil Action No. 07-550<br>)  EGS<br>)<br>)<br>)<br>) |

**MEMORANDUM IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL AND FOR CONTINUANCE**

The Plaintiff's Motion for Summary Judgment is currently due on August 15, 2007.

Despite diligent efforts, Plaintiff's counsel has been unable cooperation from the Plaintiff, Ms. Hamilton, necessary to proceed with this case.

Plaintiff's counsel has alerted Ms. Hamilton to the deadlines in this case. Ms. Hamilton has not yet stated her intention to pursue this action with other counsel or pro se.

A thirty-day extension of the Court's filing deadlines would provide Ms. Hamilton the opportunity to obtain other counsel should she elect to continue in this matter. The Defendant would not be prejudiced by the delay.

The undersigned has served upon the Plaintiff a copy of this motion and a notice advising her to obtain other counsel as required by LCvR 83.6(c), as shown by the attached certificate of service.

Respectfully submitted,

/s/_____
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260

1

(f) (202) 265-4264

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANA HAMILTON, )<br>      **Plaintiff,** )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>      **Defendant.** )<br>) | Civil Action No. 07-550<br>EGS |

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2007, a copy of the Consent Motion for Withdrawal and for Continuance in the above-captioned action and a notice advising her to obtain other counsel was served upon Plaintiff Yana Hamilton by hand delivery to 1347 Stevens Road, S.E. Washington, D.C. 20020.

Respectfully submitted,

/s/_____
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| YANA HAMILTON,<br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>      Defendant. | )<br>)<br>)<br>)  Civil Action No. 07-550<br>)  EGS<br>)<br>)<br>)<br>) |

### ORDER

In consideration of Plaintiff's counsel's Consent Motion to Withdraw as Counsel and for Continuance, it is hereby

**ORDERED** that Douglas Tyrka is no longer attorney of record for Plaintiff Yana Hamilton; and further

**ORDERED** that the current filing schedule shall be extended for thirty days to permit the Plaintiff the opportunity to obtain new counsel.

_____
Emmet G. Sullivan
United States District Judge