**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
                                )
YANA HAMILTON                    )
                                )
              Plaintiff,         )
                                )   Civil Action No. 07-550 (EGS)
         v.                      )
                                )
DISTRICT OF COLUMBIA,            )
                                )
              Defendant.         )
                                )
```

**ORDER**

Upon consideration of the Douglas Tyrka's Consent Motion to Withdraw as Counsel and for a Continuance, it is by the Court hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to Yana Hamilton at the address listed in the "Notice To" section at the end of this Order; and it is

**FURTHER ORDERED** that Ms. Hamilton shall notify the Clerk of the Court in writing by no later than **August 17, 2007** whether she intends to proceed pro se or obtain new counsel; and it is

**FURTHER ORDERED** that in order to give plaintiff the opportunity to try to obtain new counsel, plaintiff's dispositive motion is now due no later than **OCTOBER 1, 2007**; defendant's cross-motion and opposition is due no later than **OCTOBER 15, 2007**; plaintiff's opposition and reply is due no later than

**OCTOBER 30, 2007;** and defendant's reply is due no later than

**NOVEMBER 13, 2007.**

   **SO ORDERED.**


**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **August 7, 2007**


<u>Notice To</u>:

Yana Hamilton
1347 Stevens Road, S.E.
Washington, D.C. 20020