**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| YANA HAMILTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-550 (EGS) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In view of the Court's August 7, 2007 Order granting Douglas Tyrka's motion to withdraw as plaintiff's counsel, it is by the Court hereby

**ORDERED** that a status hearing is scheduled in this case for **September 20, 2007 at 12:15 p.m.** in Courtroom 24A; and it is

**FURTHER ORDERED** that plaintiff Yana Hamilton shall appear in person at the hearing unless an attorney files a notice of appearance indicating that such attorney is representing her prior to the date of the hearing. If an attorney files an appearance prior to the hearing date, the attorney may appear at the status hearing on Ms. Hamilton's behalf.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**September 4, 2007**